Magistrate Judge Mary Alice Theiler

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

OCT 13 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ11-496 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION |
| TIMOTHY GEORGE DORAN, | Title 18, U.S.C., Section 2250 |
| Defendant. | |

BEFORE The Honorable Mary Alice Theiler, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1
### (Failure to Register and Update Sex Offender Registration)

Beginning on a date unknown, but sometime after October 8, 2009, and continuing until the present, in King County, within the Western District of Washington, and elsewhere, the defendant, TIMOTHY GEORGE DORAN, a sex offender who is required to register and update sex offender registration pursuant to the Sex Offender Registration and Notification Act, and who traveled in interstate or foreign commerce, did knowingly fail to register and update his sexual offender registration.

All in violation of Title 18, United States Code, Section 2250.

//
//

The undersigned complainant being duly sworn further states:

1. I, Lisa Stephenson, am a Senior Criminal Investigator and Deputy United States Marshal assigned to the Seattle, Washington office. I have been employed by the United States Marshals Service for over nineteen years. I graduated from the United States Marshals Service Academy and the Federal Law Enforcement Training Center for Criminal Investigators. I am a Senior Inspector for the Sex Offender Investigations Branch for the United States Marshals Service, Western District of Washington, Seattle Division. One of my responsibilities is to investigate crimes involving individuals who are convicted sex offenders and who have failed to register or update their information as required by the Sex Offender Registration and Notification Act ("SORNA") (codified at Title 42, United States Code, Section 16901, *et seq.*).

2. This affidavit is made in support of a criminal complaint charging TIMOTHY GEORGE DORAN with failure to register and update his sex offender registration, in violation of Title 18, United States Code, Section 2250. The information set forth below has come from either personal investigation or has been related to me personally by other law enforcement officers associated with this investigation.

## I. DEFENDANT'S SEX OFFENDER STATUS

3. On or about June 29, 1992, TIMOTHY GEORGE DORAN was convicted in Pierce County of Rape in the Second Degree, in violation of RCW 9A.44.050, and was sentenced to serve 89 months of imprisonment. Because Rape in the Second Degree is a Class A felony, TIMOTHY GEORGE DORAN is required to register as a sex offender for life.

4. Federal law requires that any "sex offender" must "register, and keep the registration current, in each jurisdiction where the offender resides, where the offender is an employee, and where the offender is a student." 42 U.S.C. § 16913(a). Keeping the registration current is defined as "not later than 3 business days after each change of name, residence, employment or student status, appear in person in at least 1 jurisdiction involved pursuant to subsection (a) of this section and inform that jurisdiction of all changes in the information required for that offender in the sex offender registry." 42 U.S.C. § 16913(c). "Sex offender" is defined as including anyone who has committed "(i) a criminal offense that has an element

involving a sexual act or sexual contact with another" or "(ii) a criminal offense that is a specified offense against a minor." 42 U.S.C. § 16911(5). Based on the foregoing, TIMOTHY GEORGE DORAN is a sex offender who is required to register and update his registration information.

## II. DEFENDANT'S FAILURE TO REGISTER

5. As part of his sentencing on June 29, 1992, TIMOTHY GEORGE DORAN signed a Judgment and Sentence, confirming that he must register as a sex offender within 30 days of his release in the county of his residence.

6. On or about April 26, 1999, TIMOTHY GEORGE DORAN was released from the Washington Department of Corrections. TIMOTHY GEORGE DORAN signed King County Sheriff's Office Sex Offender Registration Notification form, confirming his understanding of the Sex Offender Registration process which requires, among other things, that:

   a. if you move to a new address within the same county, you must send written notice of the change of address to the county sheriff at least 14 days before moving.

   b. if you move to a new county, you must send written notice of the change of address at least 14 days before moving to the county sheriff in the new county of residence and must register with that county sheriff within 24 hours of moving. You must also send written notice within 10 days of the change of address in the new county to the county sheriff with whom you last registered.

   c. If you move out of Washington State, you must also send written notice within 10 days of moving to the new state or foreign country to the county sheriff with whom you last registered.

7. Records of the King County Sheriff's Department Sex Offender Unit further revealed TIMOTHY GEORGE DORAN submitted the King County Sheriff's Office Sex Offender Registration Notification forms on May 14, 2001, March 15, 2004 and January 12, 2007. TIMOTHY GEORGE DORAN signed each form, acknowledging his understanding of sex offender registration requirements.

8. On October 8, 2009, TIMOTHY GEORGE DORAN signed a Registered Sex/Kidnaping Offender Registration form notifying the King County Sheriff's Department that he had moved from an address in Renton, Washington to an address in Seattle, Washington (the "Seattle Address"). King County did not receive any subsequent notification that TIMOTHY GEORGE DORAN had moved.

9. On January 1, 2011, Seattle Police Officer Timothy Fields visited the Seattle Address in an attempt to verify if TIMOTHY GEORGE DORAN was residing at the residence. Officer Fields contacted the property owner, H.V., who stated that TIMOTHY GEORGE DORAN had moved out of the residence approximately six months ago.

10. On October 3, 2011, H.V. was interviewed again by the undersigned. He stated that TIMOTHY GEORGE DORAN told H.V. that he (TIMOTHY GEORGE DORAN) was moving to Vietnam to live with a woman named T.L. H.V. stated that TIMOTHY GEORGE DORAN borrowed a truck from a friend to move out his belongings. H.V. stated that he does not remember when TIMOTHY GEORGE DORAN moved out, although H.V. remembered that it was a month or two after TIMOTHY GEORGE DORAN had an altercation with his sister, which prompted the police to respond to the Seattle Address. Based on my review of Seattle Police Department incident # 2010177092, the police were called to the Seattle Address on May 28, 2010; the report listed H.V. as a witness.

11. H.V. stated that, about three months after TIMOTHY GEORGE DORAN moved out of the Seattle Address, TIMOTHY GEORGE DORAN called H.V. and told him to tell law enforcement that he still resided at the Seattle Address. When H.V. told him that he would not do that, TIMOTHY GEORGE DORAN stated that he was supposed to be residing at the Seattle Address after getting in trouble for hitting his wife. H.V. did not know that TIMOTHY GEORGE DORAN was a sex offender.

12. On August 24, 2011, a query of records from U.S. Customs & Border Protection disclosed the following travel records regarding TIMOTHY GEORGE DORAN:

   a. On August 29, 2010, TIMOTHY DORAN traveled from Seattle, Washington to Taipei, Taiwan.

1          b.      On September 11, 2010, TIMOTHY DORAN traveled from Taipei,
2  Taiwan to Seattle, Washington.
3          c.      On October 30, 2010, TIMOTHY DORAN traveled from Seattle,
4  Washington to Inchon, South Korea.
5          d.      On March 9, 2011, TIMOTHY DORAN traveled from Taipei, Taiwan to
6  Seattle, Washington.
7      13.    Public databases confirm that TIMOTHY GEORGE DORAN has not registered as
8  a sex offender in other jurisdictions. On September 27, 2011, a query of the Department of
9  Justice, Dru Sjodin National Sex Offender Public Website disclosed TIMOTHY GEORGE
10 DORAN was currently registered at the Seattle Address. The website maintains records of sex
11 offenders located nationwide. On the same date, a query of the Washington Association of
12 Sheriffs and Police Chiefs Sex Offender Website listed TIMOTHY GEORGE DORAN as a
13 non-compliant offender, last known to be residing at the Seattle Address. The website maintains
14 records of sex offenders located in Washington State.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## III. CONCLUSION

14. Based on the above facts, I respectfully submit that there is probable cause to believe that TIMOTHY GEORGE DORAN committed a violation of Title 18, United States Code, Section 2250, by failing to register and update his sex offender registration status as required.

*[signature]*
Lisa Stephenson, Complainant
Senior Inspector
United States Marshals Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

DATED this __13__ day of October, 2011

*[signature]*
Mary Alice Theiler
United States Magistrate Judge