IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY G. DORAN, <br><br> Defendant. | NO. CR 11- MJ 496 <br><br> ASSERTION OF RIGHTS |

I, Timothy G. Doran, defendant herein, understand that I have the right to an attorney under the Sixth Amendment of the U.S. Constitution and the right to remain silent under the Fifth Amendment of the U.S. Constitution. I hereby assert these rights to an attorney and to silence. I do not wish to be questioned by anyone including but not limited to government or law enforcement agents without my attorney, Robert Goldsmith being present.

Dated this 21 day of Dec., 2011.

*Timothy G. Doran*

Witness:

*[signature]*

Robert Goldsmith, WSBA # 12265
Bobgoldsmith2.juno.com

RIGHTS ASSERTION - 1

ROBERT W. GOLDSMITH
705 SECOND AVENUE
SEATTLE, WA 98104
(206) 623-1592