Magistrate Judge Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEORGE DORAN, <br><br> Defendant. | NO.  MJ11-0496 <br><br> MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because this case involves (check all that apply):

___  Crime of violence (18 U.S.C. § 3156)

___  Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

___  Crime with a maximum sentence of life imprisonment or death

___  Drug offense with a maximum sentence of ten years or more

_X_  Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

___  Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
ORDER/DORAN  - 1
MJ11-0496

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  \_\_  Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C.
2  § 921), or any other dangerous weapon

3  _X_  Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)
4

5  _X_  Serious risk the defendant will flee

6  \_\_  Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

7  2.  Reason for Detention. The Court should detain defendant because there are

8  no conditions of release which will reasonably assure (check one or both):

9  _X_  Defendant's appearance as required

10  _X_  Safety of any other person and the community

11  3.  Rebuttable Presumption. The United States will not invoke the rebuttable

12  presumption against defendant under § 3142(e). The presumption applies because:

13  \_\_  Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on
14  pretrial release.

15  \_\_  Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more
16

17  \_\_  Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)
18

19  \_\_  Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3),
20  2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21  //
22  //
23  //
24  //
25  //
26
27
28

MOTION FOR DETENTION
ORDER/DORAN  - 2
MJ11-0496

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct
2  the detention hearing:

3  ___  At the initial appearance

4  _X_  After continuance of __3__ days (not more than 3)

5  5. <u>Other matters</u>

7  DATED this __22nd__ day of __December__, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

_____
JERROD C. PATTERSON
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/DORAN - 3
MJ11-0496