```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

         JAN - 5 2012

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR12 001 RSL |
| Plaintiff, | CASE NO. |
| v. | ORDER CONTINUING DETENTION |
| TIMOTHY GEORGE DORAN, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 5th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Order Continuing Detention - 1