

**U.S. Department of Justice**

United States Attorney
Western District of Washington

700 Stewart Street, Suite 5220       Tel:  (206) 553-7970
Seattle, Washington 98101-1271      Fax: (206) 553-0882

January 6, 2012

<u>**VIA ECF**</u>

Robert W. Goldsmith
Attorney at Law

    Re: United States v. TIMOTHY GEORGE DORAN
       <u>No. CR12- 001RSL, USDC, W.D. Washington</u>

Dear Mr. Goldsmith:

   Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

     Date:   Thursday, January 12, 2012

     Time:   9:00 A.M.

     Before:  Mary Alice Theiler, United States Magistrate Judge

     Place:   United States Courthouse
          700 Stewart Street, 12th Floor, Seattle, WA  98101

   It will be necessary that you and your client be present at the time and place indicated above, and if so ordered in the Order concerning conditions of release, report to the Pretrial Services Officer at 700 Stewart Street, Seattle, Washington for a pretrial service interview, at least one business day before the initial appearance. Please see the PACER docket for this case for a copy of the Indictment and Order.

   The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et.</u> <u>seq.</u>), and the District's Plan for Prompt Disposition of Criminal Cases.  The Clerk's Office has copies of the local plan.

   Please note, by General Order dated December 2, 1993, Magistrate Judges are authorized to accept guilty pleas to felony charges.  Please coordinate with the Assistant United States Attorney assigned to the case in the event a guilty plea before trial is anticipated.

        Very truly yours,

        JENNY A. DURKAN
        United States Attorney

        */s/ Salee Porter* for

        JERROD C. PATTERSON
        Assistant United States Attorney