Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY G. DORAN, <br><br> Defendant. | NO. CR12-001RSL <br><br> STIPULATION/ ORDER RESETTING MOTION DATE |

## STIPULATION

Timothy Doran, by and through his attorney, Robert Goldsmith, hereby agree and stipulate with the United States, by and through Assistant U.S. Jerrod Patterson, the following:

Defense counsel has received several packets of discovery in a timely way in this case. However, there are still items of physical evidence (computer hard drives) that the U.S. Attorney's Office and the defendant have not yet received. . In view of the pretrial motion deadline of today, January 25, 2012, it was not possible to file pretrial motions by this date. Therefore, the parties agree that the pretrial motion deadline should be re-set to February 23, 2012.

## ORDER

IT IS HEREBY ORDERED, based on the above stipulation, the pretrial motion deadline is now re-set to February 23, 2012.

Stip/Order - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-2800

1  ///
2  ///
3
4
5         DONE this _____ day of _____, 2012.
6
7
8
9
10
11                                          _____
                                            U.S. District Court Judge
12
13
14  Presented by:
15
16
17  _/s/ R. Goldsmith_____
    Robert Goldsmith
18  Email: Bobgoldsmith2@juno.com
    WSBA # 12265
19  Attorney For T. Doran
20
21  Approved for entry:
22
23  ___s/ email approval____
    Jerrod Patterson
24  Assistant U.S. Attorney
25
26
27  Stip/Order - 2
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of Jan., 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorneys, counsel of record for the Government.

DATED this 26th day of Jan., 2012.

           _/s/ R. Goldsmith_____
           Robert Goldsmith, WSBA # 12265
           Email: Bobgoldsmith2@juno.com
           Attorney for defendant

Stip/Order - 3

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-2800