```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

     JAN 31 2012        RF

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
  BY                       DEPUTY
```

*subpoena issued*

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

TIMOTHY DORAN

    Defendant(s).

Case No. 12-0001RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

issue one subpoena

12-CV-00001-APPO

Dated 1/31/2012

Signature

For: Defendant

**PRAECIPE**