Judge Lasnik

FILED
LODGED
ENTERED
RECEIVED

JAN 31 2012

BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY G. DORAN,

    Defendant.

NO. CR12-001RSL

STIPULATION/ ORDER
RESETTING MOTION DATE

## STIPULATION

Timothy Doran, by and through his attorney, Robert Goldsmith, hereby agree and stipulate with the United States, by and through Assistant U.S. Jerrod Patterson, the following:

Defense counsel has received several packets of discovery in a timely way in this case. However, there are still items of physical evidence (computer hard drives) that the U.S. Attorney's Office and the defendant have not yet received. . In view of the pretrial motion deadline of today, January 25, 2012, it was not possible to file pretrial motions by this date. Therefore, the parties agree that the pretrial motion deadline should be re-set to February 23, 2012.

## ORDER

IT IS HEREBY ORDERED, based on the above stipulation, the pretrial motion deadline is now re-set to February 23, 2012.

Stip/Order - 1

12-CR-00001-MISC

ROBERT W. GOLDSMITH
Attorney at law
705 Second Ave.
Seattle, WA  98104
(206) 623-2800

///

///

DONE this 31st day of January, 2012.

_____
U.S. District Court Judge

Presented by:

/s/ R. Goldsmith
Robert Goldsmith
Email: Bobgoldsmith2@juno.com
WSBA # 12265
Attorney For T. Doran

Approved for entry:

/s/ email approval
Jerrod Patterson
Assistant U.S. Attorney

Stip/Order - 2

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-2800