Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEORGE DORAN, <br><br> Defendant. | NO.   CR12-00001RSL <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |

The United States of America, by and through Jenny A. Durkan, United States Attorney, and Andrew C. Friedman, Assistant United States Attorney for the Western District of Washington, files notice that the undersigned Assistant United States Attorney also will appear on behalf of the Government in this cause, in addition to Jerrod C. Patterson, Assistant United States Attorney, and requests service of all pleadings in this case, effective immediately.

DATED this  1st  day of  March , 2012.

Respectfully Submitted,

JENNY A. DURKAN
United States Attorney

s/ *Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:     (206) 553-7970
Fax:         (206) 553-0755
Email: Andrew.Friedman@usdoj.gov

GOVT. NOT. OF APPEARANCE OF
ADDITIONAL COUNSEL/DORAN - 1
CR12-00001RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on  March 1 , 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/ *Cheryl E. Walkden*
CHERYL E. WALKDEN
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:   (206) 553-1511
Fax:      (206) 553-0755
E-mail:  Cheryl.Walkden@usdoj.gov

GOVT. NOT. OF APPEARANCE OF
ADDITIONAL COUNSEL/DORAN  - 2
CR12-00001RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970