Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.   CR12-00001RSL |
| v. | ) | GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |
| TIMOTHY GEORGE DORAN, | ) | |
| Defendant. | ) | |

The United States of America, by and through Jenny A. Durkan, United States Attorney, and Brian D. Werner, Assistant United States Attorney for the Western District of Washington, files notice that the undersigned Assistant United States Attorney also will appear on behalf of the Government in this cause, in addition to Jerrod C. Patterson, Assistant United States Attorney, and requests service of all pleadings in this case, effective immediately.

DATED this  1st  day of  March , 2012.

Respectfully Submitted,
JENNY A. DURKAN
United States Attorney

s/ *Brian D. Werner*
BRIAN D. WERNER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:       (206) 553-7970
Fax:         (206) 553-0755
E-mail: Brian.Werner@usdoj.gov

GOVT. NOT. OF APPEARANCE OF
ADDITIONAL COUNSEL/DORAN  - 1
CR12-00001RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2                          **CERTIFICATE OF SERVICE**
3       I hereby certify that on  March 1 , 2012, I electronically filed the foregoing with
4  the Clerk of Court using the CM/ECF system which will send notification of such filing
5  to the attorney of record for the defendant.
6
7                                    s/ *Cheryl E. Walkden*
                                     CHERYL E. WALKDEN
                                     Paralegal Specialist
8                                    United States Attorney's Office
                                     700 Stewart Street, Suite 5220
9                                    Seattle, Washington 98101-1271
                                     Phone:  (206) 553-1511
10                                   Fax:    (206) 553-0755
                                     E-mail: Cheryl.Walkden@usdoj.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOVT. NOT. OF APPEARANCE OF
ADDITIONAL COUNSEL/DORAN - 2                                   UNITED STATES ATTORNEY
CR12-00001RSL                                                  700 Stewart Street, Suite 5220
                                                               Seattle, Washington 98101-1271
                                                               (206) 553-7970