UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff(s),<br><br>  vs.<br><br>TIMOTHY DORAN,<br><br>       Defendant(s). | No. CR12-001RSL<br><br>MINUTE ORDER |

  The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

  A status conference for the above named defendant has been scheduled for **Tuesday, March 6, 2011 at 8:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

  DATED this 1st day of March, 2012.

              /s/Kerry Simonds
              by Kerry Simonds, Deputy Clerk
              To Robert S. Lasnik, Judge
              206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER