AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TIMOTHY GEORGE DORAN | ) Case No. | CR12-0001RSL |
| Defendant | ) | |

ENTERED
LODGED _____ RECEIVED

SA  MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
By _____ DEPUTY

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: MARVIN CHARGUALAF - SUPERVISOR
U.S. CUSTOMS AND BORDER PROTECTION

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse | Courtroom No.: | Judge Lasnik, 15th Floor |
|---|---|---|---|
| | 700 Stewart Street Seattle, WA 98101 | Date and Time: | 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  United States of America
_____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970



12-CR-00001-EXH

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.
CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Marvin Chanyalai
was received by me on *(date)* 3/2/12 .

☐ I served the subpoena by delivering a copy to the named person as follows: Personal Service at 17801 International Blvd, Seattle, WA 98158
                                          on *(date)*               ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/12

                                         *Server's signature*

                                Lisa Stephenson
                                          *Printed name and title*

                           12116 32nd St. SE, Bellevue, WA
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

ENTERED
LODGED _____ RECEIVED

SA  MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| TIMOTHY GEORGE DORAN | ) | Case No. | CR12-0001RSL |
| Defendant | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Eva Hess
     Tenprint Examiner

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse | Courtroom No.: | Judge Lasnik, 15th Floor |
|---|---|---|---|
| | 700 Stewart Street | Date and Time: | 03/12/2012 9:00 am |
| | Seattle, WA 98101 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __United States of America__, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Eva Hess
was received by me on *(date)* 3/8/12 .

☒ I served the subpoena by delivering a copy to the named person as follows: Personal Service
at 516 Third Ave Rm #1A04, Seattle, WA 98104
on *(date)* 3/5/12 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/12

_____
Server's signature

Lisa Stephenson
Printed name and title

12010 SE 32nd Street, Bellvue, WA
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SA  MAR 0 7 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| ~~TIMOTHY GEORGE DORAN~~ | ) | CR12-0001RSL |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

TIMOTHY FIELDS, DETECTIVE
SEATTLE POLICE DEPARTMENT

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: ~~Judge Lasnik, 15th Floor~~ |
|---|---|
| United States Courthouse<br>700 Stewart Street<br>~~Seattle, WA 98101~~ | Date and Time: ~~03/12/2012 9:00 am~~ |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/02/2012

**Issued in Blank**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America** _____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.
            CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Timothy Fields__
was received by me on *(date)* __3/2/12__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Personal service at 610 Fifth Avenue, Seattle, WA 98124__
on *(date)* __3/2/12__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3/2/12__

*Server's signature*

__Lisa Stephenson, Senior Inspector__
*Printed name and title*

__12010 SE 32nd Street, Bellevue, WA 98005__
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

_____ ENTERED
_____ LODGED _____ RECEIVED

MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                          DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TIMOTHY GEORGE DORAN | ) | Case No. CR12-0001RSL |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   HEIP VINH

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>700 Stewart Street<br>Seattle, WA 98101 | Courtroom No.: Judge Lasnik, 15th Floor |
|---|---|---|
| | | Date and Time: 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America , who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Heip Vinh
was received by me on *(date)*   3/2/12   .

☒ I served the subpoena by delivering a copy to the named person as follows:   Personal service at 5937 23rd Avenue S, Seattle, WA 98108

on *(date)*   3/2/12   ; or

☐ I returned the subpoena unexecuted because:   _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   _____   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   3/2/12

_____
*Server's signature*

Lisa Stephenson, Senior Inspector
*Printed name and title*

12010 SE 32nd Street, Bellevue, WA 98005
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

```
                                ____ ENTERED
            LODGED    ____ RECEIVED

SA   MAR 07 2012

        AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

United States of America )
v. )
TIMOTHY GEORGE DORAN )  Case No. CR12-0001RSL
_Defendant_ )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   GREGORY NEWHOUSE

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse 700 Stewart Street Seattle, WA 98101 | Courtroom No.: Judge Lasnik, 15th Floor |
| --- | --- | --- |
| | | Date and Time: 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: 03/02/2012

Issued in blank

_CLERK OF COURT_

_____[signature]_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  United States of America
_____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* **Gregory Newhouse** was received by me on *(date)* **3/2/12**.

☒ I served the subpoena by delivering a copy to the named person as follows: **Personal service at 1201 Andover Park E, Tukwila, WA 98188** on *(date)* **3/2/12**; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **3/2/12**

_____
*Server's signature*

**Lisa Stephenson**
*Printed name and title*

**12010 SE 32nd Street Bellevue, WA 98005**
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| TIMOTHY GEORGE DORAN | ) | Case No. | CR12-0001RSL |
| Defendant | ) | | |

ENTERED / LODGED / RECEIVED

SA  MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   KATHRYN DORAN

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>700 Stewart Street<br>Seattle, WA 98101 | Courtroom No.: | Judge Lasnik, 15th Floor |
|---|---|---|---|
| | | Date and Time: | 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America
_____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Kathryn Doran
was received by me on *(date)* 3/2/12.

☒ I served the subpoena by delivering a copy to the named person as follows: Served via email to Attorney Michael Martin per his request
on *(date)* 3/2/12 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/2/12

_____
*Server's signature*

Lisa Stephenson, Senior Inspector
*Printed name and title*

12010 SE 32nd Street, Bellevue, WA 98005
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| United States of America | ) | | |
| --- | --- | --- | --- |
| v. | ) | Case No. | CR12-0001RSL |
| TIMOTHY GEORGE DORAN | ) | | |
| Defendant | ) | | |

SA MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

___ ENTERED
___ LODGED ___ RECEIVED

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: STEPHAN PILAND - CONTROLLER
PUGET PAVING

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>700 Stewart Street<br>Seattle, WA 98101 | Courtroom No.: | Judge Lasnik, 15th Floor |
| --- | --- | --- | --- |
| | | Date and Time: | 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America**
_____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Stephanie Piland
was received by me on *(date)* 3/2/12 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Trial re-scheduled for June 4, 2012. Will re-issue at a later date.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/06/12

_____
Server's signature

Lisa Stephenson
Printed name and title

12010 SE 32nd St, Bellevue, WA 98005
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| TIMOTHY GEORGE DORAN | ) | Case No. | CR12-0001RSL |
| *Defendant* | ) | | |

FILED ___ ENTERED
___ LODGED ___ RECEIVED

SA  MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                                    DEPUTY

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: **LOUIS CASSANEGO**
**SAN FRANCISCO POLICE DEPT., CRIMINAL IDENTIFICATION RECORDS**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>700 Stewart Street<br>Seattle, WA 98101 | Courtroom No.: | Judge Lasnik, 15th Floor |
|---|---|---|---|
| | | Date and Time: | 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America** _____ , who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.
CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Louis Castaneyo
was received by me on *(date)* 3/2/12 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Trial rescheduled for June 4, 2012. Will re-issue at a later date.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/04/12

_____
Server's signature

Lisa Stephenson
_____
Printed name and title

12010 SE 32nd St. Bellevue, WA 98005
_____
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

FILED _____ ENTERED
LODGED _____ RECEIVED

SA   MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                           DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TIMOTHY GEORGE DORAN | ) | Case No.  CR12-0001RSL |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   DELBERT SHULL

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse 700 Stewart Street Seattle, WA 98101 | Courtroom No.: Judge Lasnik, 15th Floor |
|---|---|---|
| | | Date and Time: 03/12/2012 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   03/02/2012

Issued in blank

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America
_____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR12-0001RSL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Dalbert Shull
was received by me on *(date)* 3/2/12 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Trial re-scheduled for June 4, 2012. Will re-issue at a later date.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/06/12

*Server's signature*

Lisa Stephenson
*Printed name and title*

1200 St. 32nd St Bellevue, WA 98005
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

_____ ENTERED
_____ LODGED _____ RECEIVED

SA  MAR 07 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| ~~TIMOTHY GEORGE DORAN~~ | ) | CR12-0001RSL |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
DALLAS (ARNER) DUSEK, PROGRAM MANAGER
KING COUNTY SHERIFF'S DEPT.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States Courthouse 700 Stewart Street ~~Seattle, WA 98101~~ | Courtroom No.: ~~Judge Lasnik, 15th Floor~~ |
|---|---|
| | Date and Time: ~~03/12/2012 9:00 am~~ |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/02/2012

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk

**Issued in Blank**

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

ANDREW C. FRIEDMAN, Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Dallas (Arnon) Ousek__
was received by me on *(date)* __3/2/12__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __Personal service,__
__at 401 4th Avenue N, Kent, WA (Regional Justice Center)__
on *(date)* __3/2/12__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __3/2/12__

_____
Server's signature

__Lisa Stephenson, Senior Inspector__
Printed name and title

__12010 SE 38nd Street, Bellevue, WA__
Server's address

Additional information regarding attempted service, etc: