UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR12-001RSL |
| ) | |
| vs. ) | ORDER CONTINUING TRIAL DATE |
| ) | |
| TIMOTHY GEORGE DORAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Defendant Timothy George Doran's oral motion to continue the trial date. The Court, having considered this motion, the statements of the parties at the status hearing held on March 6, 2012, and the facts and proceedings herein, makes the following findings of fact and conclusions of law:

1. This case involves over 300 pages of discovery as well as computer discovery, including discovery from two separate computers. This case also involves allegations of international and multi-state travel by the Defendant over a one-year period.

2. This case was indicted by the Grand Jury on January 5, 2012, and it was first set for trial on March 12, 2012.

3. Defendant Timothy George Doran has waived his rights to a speedy trial and requested that the case be continued for more than two months.

4. The ends of justice served by granting this continuance outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE   -1-

5. Defendant needs additional time to explore issues relating to defenses in this case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

THEREFORE, IT IS HEREBY ORDERED that the trial date in this matter is continued to June 4, 2012 at 9:00 am. The resulting period of delay from March 6, 2012 to June 4, 2012 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DONE this 9th day of March, 2012

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*Brian D. Werner*
Brian D. Werner
Assistant United States Attorney

ORDER CONTINUING TRIAL DATE    -2-