Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br><br><br>TIMOTHY DORAN,<br><br>  Defendant. | NO. CR12-0001RSL<br><br>NOTICE OF UNAVAILABILITY |

**PLEASE TAKE NOTICE** that counsel for defendant Tim Doran, Robert Goldsmith, will be unavailable from May 1, 2012, through and including May 16, 2012, as he will be out of the country.

Dated Apr 2, 2012.                              Respectfully submitted,


/S/ ROBERT GOLDSMITH
Robert Goldsmith, WSBA # 12265
Attorney for Defendant
Email: Bobgoldsmith2@juno.com

**Notice of unavailability**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-2800

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of Apr, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent electronically to the Assistant U.S. Attorneys, counsel of record for the Government, and counsel for codefendants.

DATED this 2nd day of Apr., 2012.

                              _/s/ R. Goldsmith_____
                              Robert Goldsmith, WSBA # 12265
                              Email: Bobgoldsmith2@juno.com
                              Attorney for defendant

**Notice of unavailability**

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-2800