The Honorobale Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR12-0001 RSL |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |
| TIMOTHY GEORGE DORAN, ) | |
| Defendant. ) | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Jerrod C. Patterson, Assistant United States Attorney for the Western District of Washington, hereby submits this notice of withdrawal in the above-captioned matter.

///

///

///

NOTICE OF WITHDRAWAL
OF COUNSEL/DORAN   — 1
CR12-0001 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Jerrod C. Patterson, Assistant United States Attorney hereby files this Notice of
2  Withdrawal in the above-captioned matter, and respectfully requests that all future
3  pleadings, court documents, and correspondence be forwarded only to Assistant United
4  States Attorneys Andrew C. Friedman and Brian D. Werner who are the attorneys of
5  record.
6    Dated this 11th day of April, 2012.

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

*s/Jerrod C. Patterson*
JERROD C. PATTERSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-1206
Fax:        (206) 553-0755
E-mail: Jerrod.Patterson2@usdoj.gov

NOTICE OF WITHDRAWAL
OF COUNSEL/DORAN — 2
CR12-0001 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

s/ *Ryan Hebert*
RYAN HEBERT
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4215
FAX:    (206) 553-0755
E-mail: Ryan.Hebert@usdoj.gov

NOTICE OF WITHDRAWAL
OF COUNSEL/DORAN — 3
CR12-0001 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970