UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff(s),<br><br>  vs.<br><br>TIMOTHY DORAN,<br><br>                 Defendant(s). | No. CR12-001RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A status conference for the above named defendant has been scheduled for **Friday, April 27, 2012 at 2:00 p.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 25th day of April, 2012.

                                        /s/Kerry Simonds
                                        by Kerry Simonds, Deputy Clerk
                                        To Robert S. Lasnik, Judge
                                        206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER