Judge Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR12-0001RSL |
| Plaintiff, ) | |
| v. ) | ORDER ON MOTION |
| ) | TO WITHDRAW |
| ) | AS COUNSEL |
| TIMOTHY G. DORAN, ) | |
| Defendant. ) | |

This matter comes before the Court upon the MOTION for Withdrawal of counsel, for the reasons stated in the motion,

IT IS HEREBY ORDERED:

Robert W. Goldsmith may withdraw as counsel in the above entitled matter. The CJA administrators are directed to appoint new counsel in his place.

///

///

**12-CR-00001-BCST**

order

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-2800

1
2
3  DATED THIS 27ᵗ DAY OF Apr., 2012.
4
5
6                                    _____
                                       UNITED STATES DISTRICT JUDGE
7
8  Presented by:
9
10 s/ R. Goldsmith
11 Robert Goldsmith
   Email: bobgoldsmith2@juno.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 order
28

ROBERT W. GOLDSMITH
Attorney at law
705 Second Ave.
Seattle, WA 98104
(206) 623-2800