UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-0001-RSL |
| Plaintiff, | WAIVER OF SPEEDY TRIAL RIGHT |
| vs. | |
| TIMOTHY GEORGE DORAN, | |
| Defendant | |

I have been advised that I have a right to a speedy trial under the Speedy Trial Act 18 U.S.C. §3161. I agree to waive my speedy trial right starting from the date of my trial to October 30, 2012. I also consent to a trial date of October 15, 2012. I understand that the period of continuance will be excluded from the computation of my speedy trial right under the Act.

_____
DEFENDANT
Date: 5-15-12

MAY 22 2012

RECEIVED

_____
NICHOLAS MARCHI, WSBA 19982
**CARNEY & MARCHI**
Attorneys for Defendant

WAIVER OF SPEEDY TRIAL - 1