UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>TIMOTHY GEORGE DORAN,<br>　　　　　Defendant. | No. CR12-001RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on Defendant's unopposed motion to continue his trial date (Dkt. # 32). The Court GRANTS the motion based on its review of the motion and the record, which it incorporates herein by reference, Defendant's knowing and voluntary waiver of his speedy trial rights (Dkt. # 33), and the following:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that the ends of justice served by ordering a continuance in this case outweigh the best interests of the public and the Defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

The Court therefore ORDERS that the trial date is continued from June 4, 2012, to October 15, 2012. The period of delay attributable to the filing and granting of this

1  motion are excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(D),
2  (h)(7)(A), and (h)(7)(B).
3      Pretrial motions shall be filed no later than September 10, 2012.

5      DATED this 23rd day of May, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE - 2