Judge Lasnick

# UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR12-0001-RSL |
| Plaintiff, | MOTION TO CONTINUE TRIAL |
| vs. | |
| TIMOTHY GEORGE DORAN, | Note: September 7, 2012 |
| Defendant | |

COMES now the Defendant, by and through his attorneys and requests this Court grant the defendant's Motion to Continue Trial. This matter currently is scheduled for trial on October 15, 2012. The defendant would request an extension of the trial date to February 1, 2013 or thereafter. This motion based on the attached Declaration of Nicholas Marchi.

DATED this 23rd day of August 2012.

Respectfully Submitted,

*s/ Nicholas Marchi*
Nicholas Marchi
Attorneys for Defendant
Nmarchi@carmarlaw.com

MOTION TO CONTINUE TRIAL DATE - 1

## DECLARATION

I, NICHOLAS MARCHI, first being duly sworn upon oath deposes and says:

1. I represent the defendant in the above cause of action. This action is currently scheduled for trial on October 15, 2012. I am requesting a continuance of the trial date. Additional time is requested to allow the defendant to continue his investigation into the death of Thi Bich Ngoc Nguyen. The government alleges that the defendant is responsible for her death and has indicated that this is a reason to aggravate his sentence upward seven years from the standard range of approximately 18-24 months.

2. I have received the discovery from Mr. Doran's prior counsel and I have met with him. I have made several discovery requests and the government has stated that there is additional information that will be provided regarding the death of Ms. Nguyen as well as information from the Department of State. The information from the Department of State is imperative to the defense of this aggravating circumstance.

3. I have requested these additional reports but to date I have not received anything from the government regarding my requests. The defendant maintains that this additional time is necessary to defend him.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of August 2012 at Seattle, WA.

                            *s/ Nicholas Marchi*
                            NICHOLAS MARCHI

**CERTIFICATE OF SERVICE**

    I certify that a copy of the Motion to Continue Trial Date was e-mailed via ECF /mailed first class, postage prepaid on 8/23/2012, to A. Friedman, Assistant United States Attorney, 700 Stewart Street, Suite 5220, Seattle WA 98901.

    s/*Nicholas Marchi*
    CARNEY & MARCHI, P.S.
    Attorneys for Defendant

MOTION TO CONTINUE TRIAL DATE - 3