Judge Lasnick

# UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR12-0001-RSL |
| Plaintiff, | MOTION FOR STAUS CONFERENCE |
| vs. | Note:  September 7, 2012 |
| TIMOTHY GEORGE DORAN, | |
| Defendant | |

COMES now the Defendant, by and through his attorneys and requests this Court grant the defendant's Motion for Status Conference.  This matter currently is scheduled for trial on October 15, 2012.  The defendant would request a status conference to discuss trial dates as well as discovery issues.  This motion based on the attached Declaration of Nicholas Marchi.

DATED this 23rd day of August 2012.

Respectfully Submitted,

*s/ Nicholas Marchi*
Nicholas Marchi
Attorneys for Defendant
Nmarchi@carmarlaw.com

MOTION FOR STATUS CONFERENCE - 1

## DECLARATION

I, NICHOLAS MARCHI, first being duly sworn upon oath deposes and says:

1. I represent the defendant in the above cause of action. This action is currently scheduled for trial on October 15, 2012. I am requesting that the Court set a Status Conference to discuss scheduling issues and discovery issues. The government maintains that the defendant is responsible for the death of Thi Bich Ngoc Nguyen. The government alleges that the defendant is responsible for her death and has indicated that this is a reason to aggravate his sentence upward seven years from the standard range of approximately 18-24 months.

2. Mr. Doran's prior counsel has requested additional information from the Department of State. They declined to provide that information. The government has also requested that information from the Department of State but it has yet to be provided to the defense. While the facts of the death of Ms. Nguyen have no affect on the facts of the trial, the fact that the government wants to enhance the sentence does affect the defendant. It appears that the government wants to conduct a murder trial without a trial and sanction the defendant for an alleged act that has not been established. Given the fact that defense counsel has not received anything more than an internet article on this death, a Status Conference should be held to address these issues.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of August 2012 at Seattle, WA.

*s/ Nicholas Marchi*
NICHOLAS MARCHI

**CERTIFICATE OF SERVICE**

    I certify that a copy of the Motion For Status Conference was e-mailed via ECF /mailed first class, postage prepaid on 8/23/2012, to A. Friedman, Assistant United States Attorney, 700 Stewart Street, Suite 5220, Seattle WA 98901.

    s/*Nicholas Marchi*
    CARNEY & MARCHI, P.S.
    Attorneys for Defendant

MOTION FOR STATUS CONFERENCE - 3