Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY GEORGE DORAN,

    Defendant.

CASE NO. 12-0001 RSL

DEFENDANT'S STATEMENT OF FACTS FOR PLEA OF GUILTY

On or about June 29, 1992, I, TIMOTHY GEORGE DORAN, was convicted in Pierce County, Washington, of Rape in the Second Degree, in violation of RCW 9A.44.050, and I was sentenced to serve 89 months of imprisonment. Because of my conviction for Rape in the Second Degree, I am required to register as a sex offender for life.

On or about April 26, 1999, I was released from the Washington Department of Corrections. I signed a King County Sheriff's Office Sex Offender Registration Notification form, confirming my understanding of the Sex Offender Registration process which requires, among other things, that if I moved out of Washington state, that I must provide written notice to the county sheriff with whom I last registered.

I submitted the King County Sheriff's Office Sex Offender Registration Notification forms on May 14, 2001, March 15, 2004, and January 12, 2007, again I signed each form, acknowledging my understanding of sex offender registration requirements.

DEFENDANT'S STATEMENT OF FACTS
FOR PLEA OF GUILTY/DORAN - 1
Case No. CR 12-001 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1   On October 8, 2009, I signed a Registered Sex/Kidnaping Offender Registration
2   form notifying the King County Sheriff's Department that I had moved from an address in
3   Renton, Washington to an address in Seattle, Washington (the "Seattle Address").
4   On or about October 29, 2010, I moved out of the Seattle Address to live in
5   Vietnam. In March 2011, I returned to the United States, and lived at various times in San
6   Francisco, California; Williston, North Dakota; and the Seattle, Washington area. From
7   ~~August~~ October 2010 to the time of my self-surrender on December 21, 2011, I never updated my
8   sex offender registration with King County, nor did I register as a sex offender in any of
9   the jurisdictions in which I resided.
10  Dated this 21st day of September, 2012.

[handwritten initials: NM]

TIMOTHY GEORGE DORAN
Defendant

NICHOLAS MARCHI   19962
Attorney for Defendant

ANDREW FRIEDMAN
Assistant United States Attorney

BRIAN WERNER
Assistant United States Attorney

DEFENDANT'S STATEMENT OF FACTS
FOR PLEA OF GUILTY/DORAN - 2
Case No. CR 12-001 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970