1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7    UNITED STATES OF AMERICA,

8                                    Plaintiff(s),

                                                        No. CR12-001RSL
9                    vs.

                                                        MINUTE ORDER
10   TIMOTHY DORAN,

11                                   Defendant(s).

12          The following Minute Order is made and entered on the docket at the direction of the

13   HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

14          The sentencing hearing for the above named defendant has been rescheduled from Friday,

15   January 18, 2013 to **Friday, March 22, 2013 at 9:00 p.m.** in courtroom 15106 before the Honorable

16   Robert S. Lasnik, United States District Court Judge.

17
18
19          DATED this 10th day of December, 2012.

20
21                                              /s/Kerry Simonds
                                                by Kerry Simonds, Deputy Clerk
22                                              To Robert S.  Lasnik, Judge
                                                206-370-8519
23   Copy to the Court
     and Counsel
24
25
26   MINUTE ORDER