1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR-12-00237-JCC-9 |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| vs. | |
| SAXTON MASON, | |
| Defendant | |

TO:      Clerk of the Court; and
TO:      Nicholas Brown, AUSA,

PLEASE TAKE NOTICE that CARNEY & MARCHI and Nicholas Marchi, counsel for Saxton Mason, counsel will be out of the office and unavailable from December 18, 2012 to January 8, 2013 as counsel will be out of the country. Counsel requests that no hearings or other matters be set during the dates of unavailability

Dated this 18th day of December 2012.
                    Respectfully submitted,

                    /S *Nicholas Marchi*
                    Nicholas Marchi, WSBA 19982
                    nmarchi@carmarlaw.com
                    **CARNEY & MARCHI**
                    Attorneys for Defendant

NOTICE OF UNAVAILABILITY - 1

## **CERTIFICATE OF SERVICE**

I certify that a copy of the: Notice of Unavailability was e-mailed to and mailed first class, postage prepaid on 12/18/2012, to N. Brown, Assistant United States Attorney, 700 Stewart Street, Suite 5220, Seattle, WA 98101.

s/ *Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR-12-0001-RSL |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| vs. | |
| TIMOTHY G. DORAN, | |
| Defendant | |

TO:     Clerk of the Court; and
TO:     Andrew Friedman, AUSA,

PLEASE TAKE NOTICE that CARNEY & MARCHI and Nicholas Marchi, counsel for Defendant will be out of the office and unavailable from December 18, 2012 to January 8, 2013 as counsel will be out of the country. Counsel requests that no hearings or other matters be set during the dates of unavailability

Dated this 18th day of December 2012.

Respectfully submitted,

/S *Nicholas Marchi*
Nicholas Marchi, WSBA 19982
nmarchi@carmarlaw.com
**CARNEY & MARCHI**
Attorneys for Defendant

NOTICE OF UNAVAILABILITY - 1

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the: Notice of Unavailability was e-mailed to and mailed first class, postage prepaid on 12/18/2012, to A. Friedman, Assistant United States Attorney, 700 Stewart Street, Suite 5220, Seattle, WA  98101.

    s/ *Nicholas Marchi*
    CARNEY & MARCHI, P.S.
    Attorneys for Defendant