UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY DORAN,

Defendant.

Case No. CR12-001RSL

ORDER STRIKING MOTION
FOR STATUS CONFERENCE

This matter comes before the Court on Defendant's "Motion for Status Hearing In Re: F.R.Cr.P 16, 41(E), 41(G)" (Dkt. # 45). Defendant filed this request on his own behalf on November 15, 2012. However, Defendant has been represented by Nicholas Marchi since April 30, 2012. Dkt. # 31.

Local Civil Rule 83.2 prohibits a represented party from appearing or acting on his own behalf in the case "until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se." LCR 83.2(b)(4).[1] The Court, therefore, STRIKES Defendant's motion for a status conference (Dkt. # 45).

---

[1] As of December 1, 2012, LCR 83.2(b) governing the withdrawal of attorneys applies to criminal matters. CrR 1(a).

ORDER STRIKING MOTION - 1

1 DATED this 19th day of December, 2012.

3 *Robert S. Lasnik*
4 Robert S. Lasnik
United States District Judge

ORDER STRIKING MOTION - 2