FILED
LODGED
RECEIVED

JAN 28 2013

CLERK U.S. DISTRICT
WESTERN DISTRICT OF WASHINGTON
BY

Court Clerk,                                               1-23-13

   I am requesting printed copies of all court transcripts in regards to case # CR12-0001RSL.

   I have requested these documents from defense counsel, to no avail.

   I would greatly appreciate your help in retrieving these documents as I have a sentencing date of March 22, 2013 and need these document for defense reasons.

   Thank you in advance for your help & understanding in this matter. Please clearly mark envelope Legal Mail.

Sincerly,

Tim Doran

12-CV-00001-REQ

FEDERAL DETENTION CENTER
NAME: Darcus, Tim
REG: 41884-086   UNIT: DR
P.O. BOX 13900
SEATTLE, WA. 98198-1090

Legal Mail

Court clerk
United States Courthouse
1010 Fifth Ave
RM #430
Seattle, WA.
98104-1195

SEATTLE WA 980
24 JAN 2013 PM 4 L

FILED
LODGED
RECEIVED
JAN 28 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL