12-CR-00001-BCST

FILED
LOGED
RECEIVED

MAIL

CR12-1 RSL

Honorable Robert Lasnik,

MAR 15 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

3-11-13

I have taken responsibility for violating the court order. I traveled outside Washington to work so I may provide for my two sons, now 5 & 6 yrs. old. I have raised them by myself their whole life and, as a responsible father, have done everything necessary to take care of their needs.

My last crime was over Twenty (20) years ago, I was a young, misguided individual with a steroid abuse problem that lead to me being violent. During my incarceration I took the positive steps to truly change my violent tendencies. I was released in July 1998 and I have proven through positive actions, hard work and non-violent behavior, that I changed my life for the better. I have a very good reputation as a kind, caring, friendly man by all that know me. Most of all I'm known for being a loving, devoted father to my two sons. Nothing is more important to me than my sons and I have never taken one day with the for granted.

I have a proven track record that I do not handle things violently any more, especially with women. In 2003 I dated a woman who became extremely possessive and stalking. I was not violent, I filed a restraining order. In 2005 I sponsored my wife to the U.S.A. from Vietnam and in 2007 found out she was extremely physically, mentally and emotionally

abusive to our two sons. I was not violent,
I filed a restraining order and divorce papers.
In 2009 I was dating a woman that spanked
my oldest son, then 2 yrs old, leaving a hand print
on his butt & leg. I was not violent, I filed a
restraining order.

In 2005, Brenda Giacco, the victim
of my 1992 crime wrote a letter of reference/
character of me to the U.S. Consolate in HCM
Vietnam to help get my wife's visa approved.
Ms. Giacco initially made contact with me in
2002 and we remained in friendly contact until
2010 when I moved to Vietnam. Ms. Giacco was
actually the person who informed my family
that my sons & I had moved to Vietnam, at a
Christmas party in 2010.

When I returned to Washington
in March 2011, I renewed my drivers license,
medical card, TSA endorsements, business license,
Federal Tax I.d., opened bank accounts in
Washington & North Dakota, purchased a car.
I did all of these things in my own name.
At no time did I run & hide. When I found out
that the Marshals were looking for me I
took a short period of time to get my sons
in a safe place then turned myself in. I knew
I would be looking at some incarceration time
for violating the court order but after 13 yrs.
with only 4 traffic tickets I never imagined
I would be looking at ten (10) years in
prison.

I grew up in a very physically, mentally, emotionally & sexually abusive home environment. As far back as I can remember my parents beat me with anything from coat hangers, coat cables, belts, pony whips, or cast iron skillets. It did not matter if we were in public, if they heard or saw something they didn't like from me I was hit. If we were going to a church gathering or having people over, the kids were beat prior just to let us know we better not do anything wrong. If they thought we did we were beat again at home.

My whole childhood I never remember being told I was loved or held onto or encouraged to succeed at anything. Just the opposite, I was always told I wasn't wanted, I was worthless & any physical display of emotion was only to disguise the sexual abuse. This was my life each day until I turned 16 when I ran away, never to return. I know that my negative upbring had a severe effect on the way I handled situations in my past. I believe I have broken that cycle.

I have never yelled at or spanked my sons, on the rare occasion they have done something wrong I hold them & talk to them so they understand why they should or shouldn't do something. Every day of my sons lives begins & ends with a million kisses, I love yous & hugs. I would never want my sons to feel anything that I did growing up. A child is the most precious gift God can give us. As parents it's our responsibility to shower the with love each day & protect them from any & harm.

I hope that through the information provided you will see that I'm not a violent man. That I'm a loving, devoted father, who wants nothing more than to spend each day raising my sons. Giving them all the love, attention & encouragement that I never had growing up. They are not just my sons, they are my best friends.

I know I will have to be incarcerated for some period of time for my actions. I truly believe my real sentence will begin when I'm reunited with my sons, where I will spend the rest of my life healing the hurt this has caused them.

Sincerly,

Timothy Doran

_Timothy Doran_











# CERTIFIED STATEMENT

### I, Brenda Giacco, being duly sworn, depose and say that:

I was the victim of a Rape by Timothy Doran in 1992. He was sentence to serve 8-10years for the crime. I fully believe that during his incarceration he truly evaluated what he had done, took responsibility for his actions and took the necessary steps to change the person he was then. Upon his release I lived approximately two blocks from him for 1 ½ years and have lived in the same small town as he for 7years. I did not then, nor do I now, live in fear of him or feel that he poses a threat to me or any other woman. I do feel that he is rehabilitated and he has been an upstanding citizen in society since his release in 1998. I cannot express strongly enough what a shame it would be to continue to judge him for an extremely terrible mistake that he made almost 14 yrs. ago, instead of focusing on what is truly important and that is the fact that Tim is a changed man, that he paid his debt to society and does not pose a threat to anyone in anyway, shape or form.

I hope that the information that I have provided will be sufficient to lend insight to the type of person I believe Tim Doran is today. I truly believe that sometimes good people make bad choices with their lives and if those people take the steps to honestly change their lives in a positive manner they should not be chastised for their past actions. Please take into consideration who I am, how I must have felt in 1992 and how I feel now about Tim Doran.

If you have any further questions or need my further assistance in this matter please contact me via: D.C. Williams & Associates, Inc.

Thank you for your time and understanding.

Respectfully,

Brenda Giacco

DAVID CARL WILLIAMS
STATE OF WASHINGTON
NOTARY — — PUBLIC
MY COMMISSION EXPIRES 10-23-05

#CM 2004 578054

**RECEIVED**
KING COUNTY. WASHINGTON

FEB 02 2009

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

Superior Court of Washington
County of KING

In re the Marriage of:

TIMOTHY DORAN

No. 09-3-01082-3KNT

               Petitioner,

and

HONG DORAN

               Respondent.

Declaration of
LYNDA NGUYEN
(Optional Use)
(DCLR)

COPY

This declaration is made by:
Name:    LYNDA NGUYEN
Age:

Relationship to the parties in this action:    I am a friend of the parties in the above- captioned matter.

*I Declare*:  I am competent to make this Declaration and do so on behalf of the Petitioner in this matter.

      My name is Lynda Nguyen and I have known Hong & Tim Doran since 2005. I was the mother's instructor at Simply Couture Beauty School in Renton. When I first met the mother, she seemed like a shy and innocent girl, happy to finally be in America with her husband. She was always talking to me and other people in the school about how well Tim took care of her & her family in Vietnam. Tim came into the school nightly to

Declaration (DCLR) - Page 1 of 3
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

1  pick her up.  He was very outgoing with everyone. We all told Ms. DORAL how lucky

2  she was to have someone who took such good care of her. Three months into the

3  schooling, the mother found out that she was going to have a baby.  Both of them were

4  extremely happy. Shortly there after, I was extremely shocked when the mother sked

5  about how she could leave the father  now that she was pregnant and e able to stay in

6  America. I explained that she needed to stay with him because he took good care of her

7  and loved her very much and brought her here. After several times, Ms. DORAN  just

8  said " I will just wait until I have my Greencard & then leave him so I can stay here".

9  I opened Renton Beauty School 2006 and offered to let Ms. DORAN come to

10  practice for free and let her bring her baby with her. One day the mother came to school

11  with her older son and asked the other students if they would watch her son for a

12  minute.  She left.  I came out of my office and saw one of the students holding Ms.

13  DORAN's son.  I asked where she was.  They told me she would be back in a minute.

14  Ms. DORAN  was gone for 5 hours. When she came back I asked her where she went

15  and she said "I went to look for a job".  I explained to her that she could no longer bring

16  her son to the school. Ms. DORAN never came back to my school,  but Mr. DORAN

17  would bring the baby in & talk with me when he went to the store next door on a regular

18  basis.

19  In February 2007, Mr. DORAN stopped in to see me and was crying, telling me

20  that Ms. DORAN had left taking the baby to her Uncle's house in Kent because she was

21  mad at him. This seemed strange because she had just come home from Vietnam.  Mr.

22  DORAN had paid for her to take the baby to Vietnam so her family could see him. Ms.

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

1    DORAN came home two days later. Two months later Mr. DORAN came in to see me.

2    This time he had some letters with him he asked me to translate for him. I read the

3    letters and told him what they said. They were from an ex- boyfriend in Vietnam telling

4    Ms. DORAN about how good it was to be with her again when she was in Vietnam. He

5    asked her how long he would have to wait for her to bring him to America. There was a

6    picture of Ms. DORAN and the boyfriend  together at the airport when she left to come

7    home. Mr. DORAN was crushed. I told him to send her back to Vietnam before she had

8    her Greencard. Mr. DORAN asked me to call Ms. DORAN's mom and talk with her to let

9    her know what he had found. Her mother begged him to stay with Ms DORAN because

10    they had a son and another baby on the way. Mr. DORAN came in the next day and told

11    me when he asked Ms. DORAN about the letters she grabbed their son and again took

12    off to her Uncle's house. He toild me that he loved her and did not want to split up

13    because of the children, so he let her come back. Mr. DORAN would always stop in with

14    the children to let me see them.

15        In my opinion, Mmr. DORAN is a very loving, affectionate father to his children

16    and takes very good care of them.  I see thateach other very much by their actions. I

17    have seen Ms. DORAN in the store several times and when she sees me she turns

18    away.  It would be a shame for him to be away from his children any longer and.

19    extremely damaging to the children not having their father in their live daily as before.

20    I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
true and correct.

21    Signed at _Renton_____, [City] _WA_ [State] on _01/25/09_ [Date].

22    LYNDA NGUYEN, Signature of Declarant

Declaration (DCLR) - Page 3 of 3
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

Superior Court of Washington
County of KING

In re the Marriage of:

TIMOTHY DORAN

No. 09-3-01082-3KNT

                                    Petitioner,

Declaration of
SANDRA COUTURE
(Optional Use)
(DCLR)

and

HONG DORAN

                                    Respondent.

COPY

This declaration is made by:

Name:        SANDRA COUTURE
Age:

Relationship to the parties in this action:      I have known the Petitioner and Respondent in the above- captioned matter since July, 2005.

*I Declare*: I am competent to make this Declaration and do so on behalf of the Petitioner in this matter.

        My name is SANDRA COUTURE.   Ms. DORAN was a student of mine at my beauty

school for eight months.  During this time, I got to know both Mr. and Ms. DORAN very well.

Talking with Ms. DORAN daily for 8-10 hours and Mr. DORAN would come to pick his wife up

every day and spend time talking to me about how Ms. DORAN was doing. Ms. DORAN always

talked to us in the school about how good Mr. DORAN was to her and how well he took care of

Declaration (DCLR) - Page 1 of 4
WPF DRPSCU 01.0100 (6/2006)

CLIENT COPY

JAN 30 2009

SENT

Law Offices of
JEFFREY S. FLOYD
16010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

1   her and her family in Vietnam  She always said how much she loved him and how tankful she

2   was that she had him in her life.  About the third month that she was in school, she found out

3   that she was pregnant.  We were all very excited for her and her husband.  He would always

4   say that he had waited his whole life to fall in love and have a family.  Ms. DORAN seemed to

5   be to be a very shy young woman, happy to finally be in America with her husband.  Mr.

6   DORAN would send flowers to the school every month for Ms. DORAN for their anniversary.

7   Everyone told her how lucky she was to have a husband like Mr. DORAN.

8       The students and I were shocked when Ms. DORAN asked, "How can I leave

9   Tim and still stay in America now that I am pregnant?"  We all told her that she needed to

10  stay with Mr. DORAN because he was good to her and loved her very much.  We all thought

11  maybe she was just upset about something.  She asked us repeatedly how she could do this

12  and after getting the same response from us, she got mad and said "fine, I will just wait until i

13  get my green card and then leave him."

14      I was very upset with Ms. DORAN when she told us that she would talk to her boyfriend

15  in Vietnam on the phone and tell him how much she missed him.  When I asked her how she

16  could do that she laughed and said "I can sit next to Tim at home and talk to my boyfriend

17  because Tim doesn't understand Vietnamese.  I just say its one of my friends."  She would also

18  tell us about how she would ask Mr. DORAN to let her send money to her brother when they

19  sent money to her mom.  When I asked her how she could do that to Mr. DORAN  she would

20  say that her family made her come to America with Mr. DORAN.  It was a sacrifice she had to

21  make to have a better life and she wished she would have stayed in Vietnam with her boyfriend.

22  "I can't wait to divorce Tim:,

23      I remember one occasion when Ms. DORAN would go next door to the Value Village

24  store and steal earrings and necklaces even though she had money  Mr. DORAN had given to

Declaration (DCLR) - Page 2 of 4
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

1    her. I explained that this was not Vietnam and she would go to jail if she got caught. Ms.

2    DORAN would just laugh. It was a surprise to me when Mr. DORAN told me that Ms. DORAN

3    had been fired from Viet-Wah for stealing.

4    After Ms. DORAN finished her schooling, she never came back to my school. Mr.

5    DORAN would stop in from time to time with their son and sit and talk with me. When I asked

6    how things were going, Mr. DORAN would say it seemed like nothing he did was good enough

7    to make his wife happy, but he loved her and they boy. I thought everything was fine between

8    them when Mr. DORAN told me they were going to have another baby. He was very excited.

9    Mr. DORAN told me that he had found some letters in 2007 from Ms. DORAN'S

10   boyfriend. Mr. DORAN had sent his wife and the baby to Vietnam so her family could see the

11   baby. These letters talked about how good it was    for them to be back together and how much

12   fun they had when she was there visiting. He also asked about how long it would be before she

13   could bring him to America. I felt so sad for Mr. DORAN, but he said he loved his wife and

14   wanted their boys to grow up with both parents, so he forgave her.

15   Mr. DORAN came to see me on January 5, 2009 and told me that Ms. DORAN had

16   taken the babies and gone to a shelter two days after he submitted her citizenship papers. He

17   said he thought everything was fine because they had just come back from Mexico a couple

18   weeks earlier and were getting along great. This is when I told him everything I knew that Ms.

19   DORAN had said when she first got here. I feel very sorry for him because he is a good

20   husband and father and it is not right that Ms. DORAN used him until she got her citizenship

21   papers. The girls that do these fake marriages make all of the Vietnamese women look bad and

22   makes it harder for the ones who have true intentions. It is a shame that after all he did for Ms.

23   DORAN, that his reward for being true it to lose his children that are the most important things in

24   his life.

25

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

1    Mr. DORAN brought the newbaby I for me to see a couple months after he was born and

2    would bring both boys to see me occasionally.  He always said how much they meant to him.

3    I could see how much he loves his boys and how much they love him.  I believe that Mr.

4    DORAN is a good father to his boys and it would not be right that he loses them because Ms.

5    DORAN used him to get what she wanted.  The children should not have to pay price for what

6    their mother has done.

7

8    I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
     true and correct.

9    Signed at _____, [City] _____ [State] on __1-26-09__ [Date].

10

11   _____
     SANDRA COUTURE

12   Signature of Declarant

13

14

15

16

17

18

19

20

21

22

23

24

25

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

RECEIVED
KING COUNTY. WASHINGTON

FEB 02 2009

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

1
2
3
4
5
6
7
8

Superior Court of Washington
County of KING

9 In re the Marriage of:

10 TIMOTHY DORAN                              No. _09-3-01082-3KNT_

11                              Petitioner,    Declaration of
                                               OANH THA HUYNH
12 and                                          (Optional Use)
                                                (DCLR)          COPY
13 HONG DORAN

                             Respondent.

14

15 This declaration is made by:

16 Name:        OANH THA NGUYEN
17 Age:

18 Relationship to the parties in this action:    I am a friend of the Petitione and Respondent in the
   above- captioned matter.
19

20 _I Declare_: I am competent to make this Declaration and do so on behalf of the Petitioner in this
21 matter.

22

23 (Attach Additional Pages if Necessary and Number Them.)

24 DECLARATION ATTACHED HERETO

25

Declaration (DCLR) - Page 1 of 3
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

tim

To Whom It May Concern,
1/15/09

   My name is Oanh Tha Huynh, Iwas a instructor at Courture Beauty School in Renton in 2005 when I met Tim & Hong Doran. I got to know Hong when she was a student & she would talk to me about her husband Tim & how good he was to her & her family in VIETNAM. SHE WOULD ALWAYS TELL ME ABOUT HOW WELL HE TOOK CARE OF HER & HOW THANKFUL SHE WAS HE BROUGHT HER TO AMERICA. AFTER HONG FINISHED SCHOOL I WOULD SEE TIM WITH THE BOYS WHEN I WOULD TAKE MY DAILY WALKS, HE WOULD ALWAYS STOP TO TALK WITH ME AND LET ME SEE THE BOYS. I NEVER SAW HONG WITH THE BOYS. I SAW HOW MUCH TIM LOVES HIS TWO BOYS AND WHAT A GOOD FATHER HE IS TO THEM. YOU CAN TELL HOW MUCH THE BOYS LOVE HIM BY THE WAY THEY ACT WITH HIM, ALWAYS HAPPY AND PLAYFUL WITH TIM. I BELIEVE THAT TIM IS A GREAT FATHER AND IT WOULD BE WRONG TO TAKE HIS CHILDREN AWAY FROM HIM AS THEY ARE USE TO BEING WITH HIM EVERY DAY. IF YOU NEED ANY FURTHER INFORMATION FROM ME PLEASE CONTACT ME AT 206 612 8572

1
2

RECEIVED
KING COUNTY, WASHINGTON

3

FEB 02 2009

4

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

5
6
7

Superior Court of Washington
County of KING

8
9     In re the Marriage of:

10    TIMOTHY DORAN                            No. 09-3-01082-3 KNT

11                              Petitioner,    Declaration of
                                              PHUONG NGUYEN
12    and                                     (Optional Use)         COPY
                                              (DCLR)
13    HONG DORAN

14                              Respondent.

15    This declaration is made by:

16    Name:     PHUONG NGUYEN
17    Age:

18    Relationship to the parties in this action:    I am a friend of the Petitione and Respondent in the
      above- captioned matter.
19

20
      *I Declare*:  I am competent to make this Declaration and do so on behalf of the Petitioner in this
21    matter.

22

23    (Attach Additional Pages if Necessary and Number Them.)

24    DECLARATION ATTACHED HERETO

25

Declaration (DCLR) - Page 1 of 3
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

Untitled

TO WHOM IT MAY CONCERN,
1/09/09

MY NAME IS PHUONG NGUYEN AND I HAVE KNOWN TIM AND HONG DORAN SINCE 2005 WHEN
HONG AND I WERE STUDENTS AT COURTURE BEAUTY SCHOOL. WHEN I FIRST MET HONG SHE
STRUCK ME AS A VERY SHY YOUNG WOMEN THAT WAS HAPPY TO BE IN AMERICA WITH TIM AFTER
WAITING FOR SO LONG TO BE TOGETHER . HONG WOULD ALWAYS TELL STORIES ABOUT HOW TIM
TOOK HER AND HER FAMILY TRAVELING AROUND VIETNAM WHEN HE CAME TO SEE HER, AND WHAT
A GREAT HUSBAND HE WAS. ABOUT THREE MONTHS IN TO SCHOOL SHE SEEMED TO CHANGE ONCE
SHE FOUND OUT SHE WAS PREGNANT. HONG STARTED TALKING ABOUT A BOYFRIEND SHE HAD IN
VIETNAM AND HOW HE WAS HER FIRST LOVE AND HOW MUCH SHE WISHED SHE WOULD HAVE NOT
LISTENED TO HER AUNT ABOUT COMING TO AMERICA WITH TIM. I THOUGHT SHE WAS JUST
YOUNG AND IN A NEW COUNTRY AND WAS HOME SICK. THESE CONVERSATIONS BECAME A DAILY
ORDEAL AND MORE INDEPTH, TALKING ABOUT ALL THE THINGS HER AND HER BOYFRIEND USE TO
DO. ONE DAY HONG ASKED SOME OF US HOW SHE COULD LEAVE TIM AND BRING HER BOYFRIEND
HERE. WE ALL TOLD HER THAT TIM WAS VERY GOOD TO HER AND THAT SHE WAS MARRIED AND
NEEDED TO FORGET HER BOYFRIEND BECAUSE SHE HAD A NEW LIFE HERE. HONG WOULD ASK
REPEATEDLY HOW SHE COULD DO THIS AND. WHEN NO ONE WOULD TELL HERE SHE WOULD SAY THAT
SHE KNEW SHE COULD LEAVE ONCE SHE GOT HER CITIZENSHIP. HONG WAS TALKING WITH SOME
OF THE STUDENTS ONE DAY ABOUT HOW SHE WOULD TALK TO HER BOYFRIEND ON THE PHONE AT
THE HOUSE AND HOW FUNNY SHE THOUGHT IT WAS BECAUSE TIM DID'NT UNDERSTAND WHAT SHE
WAS SAYING. I ASKED HER WHY SHE WOULD DO THAT AFTER EVERYTHING TIM DID FOR HER AND
HER FAMILY AND SHE SAID HER AUNT MADE HER COME HERE WITH TIM. SHE WOULD SAY HOW
SHE DID'NT LOVE TIM AND SHE PLANNED TO LEAVE AS SOON AS SHE GOT HER GREEN CARD,
THAT SHE KNEW SHE COULD BECAUSE SHE WAS GOING TO HAVE A BABY. SHE TOLD ME THAT SHE
DID'NT WANT TO HAVE A BABY THAT SHE NEVER LIKED BABIES WHEN SHE WAS IN VIETNAM BUT
HER AUNT TOLD THAT IF SHE WANTED TO STAY HERE THAT SHE HAD TO GET PREGNANT
QUICKLY.

I HAD BEEN OVER TO TIM AND HONG'S HOUSE A COUPLE OF TIMES AFTER THE BABY WAS
BORN AND TIM WAS ALWAYS HOLDING THE BABY TAKING CARE OF HIM. HE LOVES HIS SON MORE
THAN ANYTHING, HE SAID HE HAD EVERYTHING HE HAD DREAMED OF . A WIFE, BABY BOY,
HOUSE AND A GOOD JOB. I HAD ASKED HONG IF SHE WAS STILL PLANNING TO LEAVE AND SHE
JUST LAUGHED. IT HAS BEEN TWO YEARS SINCE I HAVE SEEN HONG BUT HAVE TALKED WITH
TIM ON THE PHONE A COUPLE TIMES. I WAS EXTREMELY SURPRISED WHEN TIM CALLED ME AND
TOLD ME THAT HONG HAD TAKEN THEIR BOYS AND LEFT TWO DAYS AFTER TIM HAD SIGNED HER
CITIZENSHIP PAPERS. I TOLD TIM WHAT I KNEW WHEN HONG WAS IN SCHOOL WITH ME AND THAT
I NEVER SAID ANYTHING BEFORE BECAUSE I THOUGHT SHE WOULD REALIZE WHAT SHE HAD.

I UNDERSTAND THAT THIS TYPE OF THING HAPPENS ALOT WITH GIRLS THAT COME OVER
HERE FROM VIETNAM. BEING AN IMIGRANT FROM VIETNAM MYSELF THESE WOMEN HAVE ALWAYS
MADE ME ASHAMED OF THEM. THEY DON'T REALIZE HOW THIS MAKES ALL THE OTHER PEOPLE
FROM VIETNAM LOOK. THE ONES THAT STRUGGLE TO COME HERE, TRUELY TO HAVE A BETTER
LIFE WITH A GOOD HUSBAND AND RAISE A FAMILY WITH MORE OPPORTUNITY THAN THEY WOULD
EVER HAVE IN VIETNAM. I KNOW HOW LUCKY I AM TO BE AN AMERICAN CITIZEN AND FOR
SOMEONE TO TAKE ADVANTGE OF SOMONE ELSE FOR THE SOLE PURPOSE OF GAINING CITZENSHIP
AND THEN DISCARDING THEM LIKE AN OLD PAIR OF SHOES IS NOT RIGHT. I BELIEVE THAT
THE WOMEN WHO DO THIS AND ARE NOT HELD RESPONSIBLE FOR THEIR ACTIONS BY HAVING
THEIR RESIDENCE STATUS STRIPPED AND SENT BACK TO VIETNAM ONLY LAYS THE PATH FOR
THE NEXT ONE TO DO THE SAME THING. THEY WILL TEACH THE NEXT GENERATION OF GIRLS IN
VIETNAM HOW TO DO THIS AND THAT THE STATE WILL TAKE CARE OF THEM FOR THE REST OF
THEIR LIVES WITH HOUSING, WELFARE, MEDICAL. TO REWARD HONG WITH BECOMING A CITIZEN
AFTER PLANNING TO LEAVE ONCE TIM HAD SIGNED HER PAPERS WOULD BE UNJUST. THE ONLY
THING THAT WOULD BE RIGHT IS TO TAKE HER GREEN CARD AND SEND HER BACK HOME TO
VIETNAM, TO SEND A STRONG MESSAGE THAT COMING TO AMERICA IS A PRIVELEDGE NOT A
REWARD FOR DISHONESTY.

IF YOU NEED ANY MORE INFORMATION FROM ME PLEASE CONTACT ME AT 206 227 6408

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at _____ Tac _____, [City] WA [State] on 01 / 25 / 09 [Date].

PHU_____ EN
Signature of Declarant

Declaration (_____) - Page 3 of 3
WPF D_____ .0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft Fo__ ____

1

2

3

4

5

6

7

8

Superior Court of Washington
County of KING

9   In re the Marriage of:

10  TIMOTHY DORAN                          No. 09-3-01082-3 KNT

11                          Petitioner,    Declaration of
                                           KATHRYN DORAN
12  and                                    (Optional Use)
                                           (DCLR)
13  HONG DORAN

                            Respondent.    ▢ COPY

14

15

16  This declaration is made by:

17  Name:      KATHRYN DORAN
    Age:

18  Relationship to the parties in this action:    I am the sister of the Petitioner in the above-
    captioned matter.

19
    I Declare:  I am competent to make this Declaration and do so on behalf of the Petitioner in this
20  matter.

21          Tim is a wonderful father who dotes on his children and deeply loves them.  Tim

22  has been the primary care giver of Toby and Cody for the majority of their lives.  By that

23  I mean he is the one who feed's them, changes diapers, bathes them, play's with them,

24  buy's all there clothes, and takes them to the doctor.  He takes them to the park to

25  Declaration (DCLR) - Page 1 of 3
    WPF DRPSCU 01.0100 (6/2006)

SENT COPY
JUL 3 0 2009
SENT

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

Declaration (DCLR) - Page 3 of 3
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

1    said something angrily to him in Vietnamese. Tim saw this and came to his son's

2    rescue and she seemed to "thrust" the baby to him and said, "I wish I never have these

3    kids" That is why I am so concerned. This was witnessed by my 15 year old son and

4    my roommate.

5        I have been a constant figure in my little nephew's lives since they were born. I

6    use to baby sit Toby and was at the hospital when Cody was born. I cry everyday now

7    thinking I may not see those precious babies. It's nothing compared to what my brother

8    is feeling!

9

10   I declare under penalty of perjury under the laws of the state of Washington that the foregoing is

11   true and correct.

12   Signed at _Kathryn Doran_, [City] _Algona_ [State] on _1-25-09_ [Date].

13

14   _Kathryn Doran_

15   KATHRYN DORAN
     Signature of Declarant

16

17

18

19

20

21

22

23

24

25

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

To whom may Concern 02/01/09

My mame is Nien Tram. I babysit Tim and Hong
doram children since 2007. In 2008 I only watched
the children 3 months because Tim worke Monday –
Friday.

Approxiamly 10 days ago I recceved a phone call
from Chien Nguyen, Hong's aunt asking me to write a
statement saying and watched Toby Kody Seven days a
week and told her that was not true and I would
not do that. The same day I recieved a phone
call from Hong asking me to write the same
statement for her, I told her no because it's
not true. After that I recieved a call from
a Vietnamese woman that told me she was Hong's
lawyer, She aske me to write the same statement
when I told her no because it's not true. The
woment asked me if I was on Welfare and if
that is the reason I don't want to write a
statement for her of losing my welfare. I explained
I do not get welfare and I won't write a
Statement saying I babysit 7 days a week
because it is not true.

I swear under penalty of pergery that above
Statement is true.

Nien Thi Tran

**RECEIVED**
KING COUNTY, WASHINGTON

FEB 02 2009

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

**Superior Court of Washington**
**County of KING**

In re the Marriage of:

TIMOTHY DORAN

No. 09-3-01082-3 KN

                   **Petitioner,**

Declaration of
TIMOTHY DORAN
(Optional Use)
(DCLR)

and

HONG DORAN

 COPY

                   **Respondent.**

This declaration is made by:

Name:    TIMOTHY DORAN
Age:

Relationship to the parties in this action:    I am the Petitioner in the above- captioned matter.

*I Declare*:  I am competent to make this Declaration and do so based on my own personal knowledge.

1.    BACKGROUND

        Ms. DORAN and I have not been married very long. I initially met her through my hairdresser who showed me a picture when I had my hair cut. Over the course of time, I sponsored Ms. DORAN to come to the United States. We were married and had two boys born to us, ages three and one year old. They were born here in the United

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

1  States.

2       As I have come to find out, this was all a trick for Ms. DORAN to come here to

3  the United States, which will be evidenced by other declarations that are submitted with

4  this Motion.

5  2.    PARENTING

6       The two happiest days of my life were when my sons were born.  They are

7  everything to me. I have tried every day to show my boys how much I love them, and to

8  be the best father possible.  I always mak sure that they have everything that they ever

9  need. I have always taken them to the doctors for their check-ups and immunizations. I

10  take them to the parks to play with them. Due to the economy I have been laid off for

11  most of 2008 and been able to spend everyday with my boys. This brought us so much

12  closer and let me teach my oldest son how to practice his shapes,  colors and letters. I

13  taught my youngest son how to walk. This has given us the ability to bond and become

14  closer and I wouldn't trade it for the world. On the days when I have had to go to work,

15  Ms. DORAN has told me that all day long, TOBY goes all through the house asking

16  "where's my daddy, where's my daddy?" As soon as he sees my car in the driveway ,

17  he runs to the window and starts waving at me and runs to the door to meet me. I pick

18  him up and ask him "how is my little man today?"  Then I go and pick up his brother and

19  give him a kiss and tell them both how much I love him and missed them today and

20  asked them if they were good boys to their mom. Then I clean the house by picking up

21  their toys and putting them back in their bedroom, then start any laundry that needs to

22  be done, clean the house, and wash any dishes, then I take a shower and the boys

23

24

25

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

always come into the shower to play. Then I dress the boys and play with them and then we usually watch one of the children's videos together and then feed them dinner, play with them some more, and them put them down for bed.

I ask Ms DORAN everyday that she has them, why she doesn't clean the house when she's home with the boys. She says its too hard to keep up after them, and I always explain that I am able to do it when I have them everyday. I ask her what she did when she was home alone with the boys all day. She says that she studied for her citizenship test and let the boys watch movies all day. When I ask her why she didn't take the boys out to do anything, she says its too hard to take them out together. I say again that I am always able to do it when I have them and that its not that hard to put them in the stroller and push them up to the park a block away and let them go on the swings. I ask her how many times do you hear me say that I take the children to the aquarium downtown and to the parks to let them play, and I don't understand why you aren't able to. Ms. DORAN always says that " it makes me very headache." Even when we had snow, I had taken the boys and bought them new snow suits and new gloves. Everyday I would take TOBY out to go play in the snow and ask Ms. DORAN to bring CODY out. She always says " too hard to carry him." I replied  "okay I'll take him and you take TOBY." She answered " no, just take TOBY and go by yourself."

I try to explain to Ms. DORAN how important it is that she play with the children everyday, and that TOBY is 2 1/2 and she needs to practice his shapes and colors and letters everyday because very quickly he will be going to school. I even went to 6 different stores in Chinatown trying to find Vietnamese flash cards to practice with him

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

1    since he understands Vietnamese. But we are unable to find them.

2    On days when the boys have had doctors appointments, and I have had to work,

3    I have had to reschedule them until a day I was off because Ms. DORAN said she did

4    not remember how to get to the hospital and back. I asked her "why, when you have

5    been there numerous times".   She said " you always drive and I don't pay attention

6    there and back." I have asked her to take the boys shopping at the mall to buy them

7    new clothes. She always says that she doesn't remember how to get there and back. So

8    I don't ask anymore.   I just take the children shopping and to the doctors myself.

9

10    On numerous occasions when the boys have been acting up , Ms. DORAN has

11    grabbed them and shaken them and screamed at them in Vietnamese. I always explain

12    to her that she can't do that because their heads are like eggs., a little hard on the

13    outside and very soft on the inside and you can make the children retarded. She replies

14    by saying " they very make my head ache and I wish I would of stayed the same way in

15    Vietnam where I don't like the baby." I tell her to let me take care of them if they are too

16    much for her.

17    There are times when I have gone into the bathroom and when I come out the

18    children are on the sofa alone by themselves and  Ms. DORAN is in the kitchen or in

19    some other room of the house. I tell her she can't leave the babies alone because if they

20    fall , they could die.

21

22    On at least four occasions, spanning between 2006-2008, Ms. DORAN has let

23    one of both boys fall off the bed. One instance on October 31, 2008,. we were all in bed

24    together watching TV.  TOBY was sitting in between my legs and CODY was sitting ON

25

Declaration (DCLR) - Page 4 of 8
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

1    Ms. DORAN's legs as we watched TV. CODY started to fall off the bed and Ms. DORAN

2    did not sit up fast enough to grab him. I just missed him reaching over TOBY and Ms.

3    DORAN to try to grab him. He fell off the bed, hitting his face on the rail. When I picked

4    him up, he had a large bruise going across his eye going from his cheek to his forehead

5    that instantly started to swell. I called 911 and ended up taking him down to the Renton

6    Fire Department to look at him and explain what happened. They said that he would be

7    okay and that he would just have a big bruise for a week or so.

8

9        On several other occasions when we have been in the car and CODY starts

10    crying , Ms. DORAN yells at him n Vietnamese and then climbs in the back of the car

11    and takes him out of his car seat. When I've seen him try and climb into the front seat

12    over the console, I tell her that she has to put him back in the car seat because if we got

13    in an accident , he could be killed. She tells me that he would just cry and that its easier

14    if she just holds him. She says " that's why I never take them by myself." I tell her when

15    I take them by myself, he cries for a minute , then stops and watches the DVD with his

16    brother. "I have taken the boys all the way over to Lake Chelan and back by myself and

17    played with them all day with no problem. Why is it so hard for you to be in the car all of

18    us together for an hour when they cry?" She says " very more easy for you, it make my

19    head oww to much when they cry."

20

21       I was unemployed for all but 4 months in 2008. During this time, I took care of

22    my boys while the mother worked. I fed them, played with them, took them to the doctor

23    and dentist appointments, bathed them and provided for their every need.

24       On December 28th, 2008, we went to dinner at my sister's house. When we got

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

1  there, Ms. DORAN took the boys in to the living room to play. When I went into the

2  kitchen to help my sister set the table for dinner, Ms. DORAN came into the kitchen to

3  ask a question and I saw out of the corner of my eye CODY leaning over the arm of the

4  sofa about to fall off. I ran into the living room to catch him. I said " I have told you

5  repeatedly that you cannot leave the boys on the sofa, and can't walk away and that you

6  have to put them on the floor." My sister said the same thing and Ms. DORAN said " I

7  was only coming in to ask something for a minute." After dinner we were sitting in the

8  living room watching a movie, Ms. DORAN was laying on the couch and I was sitting at

9  her feet. CODY crawled over to her and was whining to be picked up so that she could

10  hold him. She reached over and grabbed him by one arm and picked him up onto her

11  stomach and screamed at him in Vietnamese while shaking him. I told he not to do that

12  and to give him to me, that he just wanted to be held. She then shoved the baby to me

13  and said " I hate these kids, I wish I never would of had them" and got up and walked

14  into the bathroom. My sister told me that was the fourth or fifth time that she has seen

15  Ms. DORAN do that to the children. When Ms. DORAN came back into the room, we

16  both explained to her that is it very easy to kill the baby by shaking them. She said "I'm

17  very tired of them cry all the time. I cannot get any rest, not even for a minute." We then

18  took the children into the car to drive home and when CODY started crying again, Ms.

19  DORAN got in the backseat and jerked him out of his ca car seat, squeezing him to her

20  chest, yelling at him in Vietnamese. I told her " put him back in his car seat and let him

21  go back to sleep." She said " its easier if i just hold him."

22  The hardest time in my life has been since Ms. DORAN has taken the boys

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

away, and I have not been able to see them. I have no idea when I will see them again. In the middle of the night when I wake up, I immediately jump out of bed and go into their bedroom, thinking that I heard them cry, so that I can give them a bottle. When I open the door all that is there are toys. To not be able to have my boys near me everyday has broken my heart as I am not able to hold them or tell them that I love them or play with them the way that I am used to doing everyday since they were born. I think that the longer that we are apart from each other, will only do more emotional damage to all of us. There is nothing in this world I would do to get my children back. Everyday when I go in to get my coffee , the girls ask me " how come you don't have the boys today? I never see you without them."  I barely make it out of the store before I start to cry. Taking care of my boys has never been a burden on me. I waited my whole life to have them and wouldn't trade them for the world. They have brought something to my life that cannot be replaced with anything.  The daily caring for them is a tireless effort that I look forward to everyday. Ii look at it as not a chore, but a joy. Everyday when I watch my boys playing together, it makes me smile and gives me a warmth in my heart that nothing could replace. Seeing the little things that they do, facial expressions, the way they dance around, the simple things that make them happy and the infectious sound of their laughs makes me thank God everyday. These boys are extremely loved by everyone who sees them, from my family, to the coffee girls at Starbucks and everyone is always excited to see them. Parenthood is a fulltime job with lots of responsibilities , but if you are patient and attentive it is all worth while. I understand that some people are just not cut out to be parents and that it takes a special kind of person

Declaration (DCLR) - Page 7 of 8
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

to raise two babies at the same time. This is a job that I look forward to doing everyday. I am not perfect, but I truly believe that I am the best father in the world to my children as I have been told by numerous people.

I would trade anything in this world, no material item I have would be to much for me to give up to have my children back in my life everyday. I understand that when you are young it is hard to raise babies, and I fully believe that at my age, I have the patience and devotion to raise my children as a single parent if needed.

3.    FINANCIAL

I was unemployed since September, 2008. We have filed for bankruptcy and are currently in Chapter 13. I lost my job and we will likely lose our home.

I am working full time now making $15.00 per hour driving a truck. I wish to have my children with me.

I have submitted my Financial Declaration and Child Support Calculation as well.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at _____ , [City] WA [State] on 1-27-09 [Date].

_____
TIMOTHY DORAN
Signature of Declarant

Declaration (DCLR) - Page 8 of 8
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

**RECEIVED**
KING COUNTY, WASHINGTON

FEB 02 2009

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

**Superior Court of Washington
County of KING**

In re the Marriage of:

TIMOTHY DORAN

                                    Petitioner,

and

HONG DORAN

                                    Respondent.

No. **09-3-01082-3 KNT**

Declaration of
**FIAER LICORISH**
(Optional Use)
(DCLR)

COPY

This declaration is made by:
Name:      **FIAER LICORISH**
Age:

Relationship to the parties in this action:    I am a friend of the parties in the above- captioned matter.

*I Declare*: I am competent to make this Declaration and do so on behalf of the Petitioner in this matter.

I have known Mr. Tim Doran for 25 years and would like to share my personal observations regarding his abilities to parent his children.   He has always shown great affection for any child, including his nephews and niece, but has always wanted a family of his own.  I knew Tim would be a terrific father and hoped he would find the right woman.  When I first learned about Hong I worried the long distance and language barriers would pose a problem but as the months flew by and Tim shared with me his

Declaration (DCLR) - Page 1 of 2
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

1    true heart-felt dedication for her my fears faded. I met Hong shortly after she arrived in

2    America and found a painfully shy young woman who was trying to become comfortable

3    in her new surroundings. Tim constantly tried to accommodate her needs and they

4    seemed to be working hard at making their new life together a good one. Hong had

5    attended English classes and seemed a little more at ease with conversation but never

6    shared any in depth discussions with me on anything.  I never knew Hong to be

7    unhappy, nor harmed or even afraid; they appeared very much in love as 'newlyweds'

8    should be.

9

10    My observations of the children with their Father show a committed Dad who did

11    all parenting duties for his boys He was constantly distracted from our conversations

12    attending to his kids needs. Both kids were showered  by the love their Father. Hong

13    although attentive to feeding their baby didn't attend to the kids personal care needs as

14    readily nor engage in the playtime or cuddles as Father. Tim was a natural.   I would

15    visit them and the Mother was quick to scold her kids and didn't spend a lot of time with

16    them during the visits and seemed disconnected whereas Tim constantly had one or

17    both boys in his arms.  Tim was active with his kids and was always taking them to

18    parks, shopping, zoos and other activities.  The Mother did not join in many of these

19    family events.

20

21    I declare under penalty of perjury under the laws of the state of Washington that the foregoing
is true and correct.

22    Signed at _Renton_____ [City] _WA_  [State] on _1·26·09_ [Date].

23    _Faber Licorish_

24    FIAER LICORISH
Signature of Declarant

25

Declaration (DCLR) - Page 2 of 2
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
16010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7552  FAX (206) 575-7553
WSBA # 14730

FamilySoft FormPAK 2004

Mrs. Fiaer Licorish
3800 S. Mission Rd. W.
Bremerton, WA 98312

April 26, 2012

To Whom it May Concern-

RE: Mr. Tim Doran

I have known Mr. Tim Doran for nearly 30 years and would like to share my comments regarding his abilities as a dedicated parent for his two sons and his commitment to their welfare. For as long as I have known him he has always shown great affection for any child, especially his nephews and nieces, but has always wanted a family of his own. I have never had any doubt Tim would be a terrific father and have been saddened by his misfortunes with women in the past. Before he became a father and during his divorce from their mother his life had many struggles but he learned to become a better person and to improve his spirituality, emotional well being, and over all become a productive member of society. I have never known personally anyone, including myself, to be made to feel uncomfortable, nor harmed or even afraid of Tim; on the contrary every time I have been in his presence people appear drawn to his jovial nature and smiling charm.

Tim had always been devoted to his children. When I met Toby I saw a very content vibrant infant who grew into a confident child showered enormously by the love of his father. Tim has always been attentive to his personal care and readily engages in the playtime or cuddles Toby welcomes and Tim seems to come so naturally to. As Tim's family grew he was blessed with yet another healthy bouncing baby boy in Cody and he always has seemed eager to fulfill any needs Cody or Toby may have. When we would visit it was apparent to me Tim and his boys' spend a lot of quality time together as Tim constantly has one or both boys in his arms or close by. I didn't know a person could be any happier but when Cody arrived Tim really seemed to expand into a 'super dad' always taking

them to parks, shopping, zoos, and vacations. I have never witnessed or heard mention of any abuse or neglect by Tim towards his children or anyone that I know.

Parenting is very difficult indeed and I am sincerely saddened Tim is in the situation of being potentially incarcerated again- but I am more gravely concerned for the safety and well being of Toby and Cody if they are to grow into young men without their father.

Thank you for allowing me to express my concerns. If you need further testimony please do not hesitate to contact me.

Respectfully-

Mrs. Fiaer Licorish

RECEIVED
KING COUNTY, WASHINGTON

FEB 02 2009

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

2009 FEB -2 PM 1:47

Superior Court of Washington
County of KING

In re the Marriage of:

TIMOTHY DORAN

                                        Petitioner,

and

HONG TRAN

                                        Respondent.

No  09-3-01082-3KNT

Declaration of
THAO LE

COPY

Relationship to the parties in this action:     I am a friend of the Parties in the above- captioned matter.

*I Declare*:   I am competent to make this Declaration and do so on behalf of the Petitioner in this matter.

My name is Thao Le and I was a student at Courture Beauty School in Renton from In 2005-2006 with Hong Doran. We would talk every day.   Ms. Hong would tell me and other students about how good her husband was to her and her family. We all saw how much Tim loved her because he would do anything to make her happy.   He would send Hong flowers every month on their anniversary.   I took

Declaration (DCLR) - Page 1 of 5
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
15010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7582  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

the bus to and from school and Tim would always offer me a ride home when he came to pick up Hong. He always seemed to be a very nice friendly person.

About a month into school in 2005, Hong told me how her Aunt and Uncle made her come to America with Tim.    She said she wanted to stay in Vietnam with her boyfriend. She said that she did not love Tim and she planned to leave him as soon as she got her green card. I told her that this was not right because Tim had brought her to the USA and he loved her very much.    She said how hard it was to have to be with Tim when she missed her boyfriend so much. Hong would tell me about sitting next to Tim at home and talking to her boyfriend in Vietnam on the phone, telling him how much she missed him and that one day they would be together again. I asked Hong how she could do that and she would laugh and say, Tim doesn't understand Vietnamese.    She told me when she went back to Vietnam to visit her family, she was really with boyfriend and would call and ask Tim for more money for them to spend and he would send it.

Hong came to school one day and she had been crying. When I asked her what was wrong she said that today she had to do the hardest thing she had ever done, tell her boyfriend that she was pregnant. She went into detail saying that her aunt had told her she needed to get pregnant as quickly as possible so that she could stay in America. Hong said she told her aunt she did not want to have a baby with Tim and

Declaration (DCLR) - Page 2 of 5
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7562   FAX (206) 575-7563
WSBA # 14730

her aunt told her it was a sacrifice she would have to make to give her family in

Vietnam a better life. Hong said that they originally told her to make Tim mad every

day so he would hit her and he would go to jail and she could stay here but when that

didn't work they told her to get pregnant. She told me about how she hated that the

baby was Tim's and not her boyfriend's but as soon as she could sponsor her

boyfriend to come here she could get rid of the baby. I thought that she was just

young and she would change her mind after the baby was born.

I was working at Renton Beauty School for Lynda Nguyen.   She was an

instructor at Courture beauty school and now had her own school. Hong was coming

there to practice and she would bring her baby with her. One day Hong came into the

school, set her baby down on top of the table in his car seat and asked me and three

other students if we would watch her baby for a minute. We thought she was going

next door to the market to get the baby something to eat or drink. Hong was gone for

five or six hours. When her son woke up we had to take turns holding him because he

was crying. When Hong finally came back we all asked her how she could just leave

her baby all day. She said she went to eat and look for a job and thought the baby

would be alright with us. She never asked us to watch the baby.   What kind of a

mother would leave her baby and not worry about it

In March 2007 Tim came to my house with his son and had some letters from

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington   98188
(206) 575-7662   FAX (206) 575-7563
WSBA # 14730

Hong's boyfriend and asked me to read them. The letters stated about how good it

was to see Hong again and how much fun it was to go play with her again,   Hearts

with the boys' and hongs initials were drawn together and true love forever in

Vietnamese was on the letter. He told her how hard it was to take her to the airport to

say good-bye for the second time but knowing that they would soon be together in

America made it easier each day. There was a picture of Hong and this boy holding

each other at the airport.

On January 7, 2009 Tim called me and told me that Hong had taken the babies

and run off to a shelter on Jan. 2nd, two days after he had submitted her citizenship

paper work.    I could see it was breaking his heart to hear everything but he said he

needed to know the truth. I had to stop several times because we were both crying. I

do not know how someone could live a lie for 3 1/2 years with someone and have

two babies and their only intention was to leave when it was time to get their

citizenship. As an immigrant from Vietnam myself I hate it when women do this. To

use someone to come to America fraudulently makes all Vietnamese women look

bad. No wonder it so hard for anyone who is truly in love and only want the

opportunity to start a better life with their spouse to come here from Vietnam. Hong

planned this from the beginning was to leave Tim when she has gotten her

citizenship and now she has done just that. This is not right. Tim's reward for being a

Declaration (DCLR) - Page 4 of 5
WPF DRPSCU 01.0100 (6/2006)

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7552  FAX (206) 575-7553
WSBA # 14730

loving husband and father and forgiving Hong for being unfaithful should not be to

lose his  SONS

My observations of the children with Tim show a committed Dad who was

attentive to their wants and needs when we were together.   The Mother was

always distant and not that interested.      Tim was active with his kids and was

always taking them to parks     and other activities.   The Mother did not join in

many of these events.

I declare under   penalty of perjury under the laws of the state of Washington that the
foregoing is true and correct.

Signed at _____ _1-25-09, [City] Seattle [State] on ____ N/A ____
[Date].

_____
Thao Le
Signature of Declarant

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington  98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

1
2
3
4
5
6
7
8

**Superior Court of Washington**
**County of KING**

9  In re the Marriage of:

10  TIMOTHY DORAN

No. 09-3-01082-3KNT

11                                    **Petitioner,**

**Motion/Declaration for Ex Parte
Restraining Order and for Order to
Show Cause
(MTSC)**

12  and

13  HONG DORAN

COPY

                                    **Respondent.**

14

## I. Motion

15
16  Based upon the declaration below, the undersigned moves the court for a temporary order and order to show cause.

17
## 1.1 Ex Parte Restraining Order

18
19  A temporary restraining order should be granted without written or oral notice to the other party or the other party's lawyer because immediate and irreparable injury, loss, or damage will result before other party or the other party's lawyer can be heard in opposition. This order should restrain or enjoin:

20

21  both parties from transferring, removing, encumbering, concealing or in any way disposing of any property except in the usual course of business or for the necessities of life and requiring each party to notify the other of any extraordinary expenditures made after the order is issued.

22
23  both parties from removing any of the children from the State of Washington.

24  both parties from assigning, transferring, borrowing, lapsing, surrendering or

25
Mtn/Decl for Ex Parte Restraining Ord (MTSC) - Page 1 of 4
WPF DR 04.0150 (6/2006) - CR 65(b); RCW 26.09.060

Law Offices of
JEFFREY S. FLOYD
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7582  FAX (206) 575-7563
WSBA # 14730

JAN 3 0

changing entitlement of any insurance policies of either or both parties whether medical, health, life or auto insurance.

The other party should be required to appear and show cause why these restraints should not be continued in full force and effect pending final determination of this action.

**1.2    Other Ex Parte Relief**

Other:

Does not apply

**1.3    Surrender of Deadly Weapons**

Does not apply.

**1.4    Other Temporary Relief**

The wife should also be required to appear and show cause why the court should not enter a temporary order which:

orders child support as determined pursuant to the Washington State Child Support Schedule.

approves the parenting plan which is proposed by the husband

makes each party immediately responsible for their own future debts whether incurred by credit card or loan, security interest or mortgage.

divides responsibility for the debts of the parties.

authorizes the family home to be occupied by the husband

orders the use of property.

**1.5    Other**

Dated: _____1/2.7/09_____        _____  14730

JEFFREY S. FLOYD
Signature of Moving Party or Lawyer/WSBA No.
Attorney for Petitioner

Mtn/Decl for Ex Parte Restraining Ord (MTSC) - Page 2 of 4
WPF DR 04.0150 (6/2006) - CR 65(b); RCW 26.09.060

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

## II. Declaration

**2.1    Injury to be Prevented**

The ex parte restraining order requested in paragraph 1.1 and 1.2 above is to prevent the following injury (define the injury):

I am unable to contact the mother and the immediate relief is only setting the status quo pending the hearing.

**2.2    Reasons why the Injury may be Irreparable**

This injury may be irreparable because:

It is only setting the status quo pending the hearing

**2.3    Clear and Convincing Reasons why Weapons Should be Surrendered**

Does not apply.

**2.4    Reasons for a Temporary Order**

It is necessary that the court issue a temporary order with the relief requested in paragraph 1.4 above for the reason set forth below:

See Declaration of Timothy Doran filed herein

**2.5    Service Member or Dependent of Service Member**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at _Tukwila_____, [City] _Wa_ [State] on _1-27-09_ [Date].

TIMOTHY DORAN
Signature

## III. Efforts to Give Other Party Notice

The following efforts have been made to give the other party or other party's lawyer notice and

Mtn/Decl for Ex Parte Restraining Ord (MTSC) - Page 3 of 4
WPF DR 04.0150 (6/2006) - CR 65(b); RCW 26.09.060

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562  FAX (206) 575-7563
WSBA # 14730

1   the following reasons exist why notice should not be required:

2                  Keeping the status quo

3

4   Dated:   1/27/2009                              14730

5                         JEFFREY S. FLOYD
                         Signature of Moving Party or Lawyer/WSBA No.

6                         Attorney for Petitioner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Law Offices of
**JEFFREY S. FLOYD**
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 575-7562 FAX (206) 575-7563
WSBA # 14730

FamilySoft FormPAK 2006

FILED

09 DEC 10 PM 2:21

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

| SUPERIOR COURT OF WASHINGTON FOR KING COUNTY | NO. 09 - 2 - 4461 8 - 1 KNT |
|---|---|
| _Timothy George Doran_ <br> Petitioner <br> vs. <br> _Sophia-Clark-Barnes-Allgood_ <br> Respondent | PETITION FOR AN <br> ORDER FOR PROTECTION - AH <br> (PTORAH) |

### PETITIONER'S AFFIDAVIT

1.1   I am petitioning for an Order for Protection against Unlawful Harassment.

1.2   ☑ I am the victim of unlawful harassment committed by the respondent, as described in the statement below.

☑ I am the parent or guardian of child(ren) under age 18 and seek to restrain a person 18 years or over from contact with my child(ren) because contact is detrimental, as described in the statement below.

1.3   How do you know the respondent? ☐ neighbor  ☐ ex or current roommate  ☐ co-worker ☐ ex or current spouse  ☑ ex or current partner / girlfriend / boyfriend  ☐ casual acquaintance ☐ relative: _____  ☐ other: _____

1.4   ☑ The harassment took place in King County.  ☐ Respondent lives in King County.

1.5   I (or the child I am seeking to protect) have been physically or sexually assaulted, threatened with physical harm, or stalked by the respondent. ☐ No  ☑ Yes

1.6   ☐ No children are involved. ☑ I am asking for protection on behalf of the following children:

| Child's Name (First, Middle Initial, Last) | Age | Race | Sex | How Related to Petitioner | How Related to Respondent | Resides With |
|---|---|---|---|---|---|---|
| Toby TC Doran | 3 | W | M | Son | N/A | Petitioner |
| Cody DK Doran | 2 | W | M | Son | N/A | Petitioner |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

1.7    Other court cases or any other protection, restraining or no-contact orders involving me, the
       respondent and the child(ren) are:

Case Number                Court Name (Superior/District/Municipal)    Case Title or Parties

_____            _____            _____

_____            _____            _____

1.8    My address for the purpose of receiving service of any legal papers is:  _____

       _____  (NOTE: If you want to keep your residential
       address confidential, list an alternate address where you agree to accept any legal documents.

## STATEMENT

*Unlawful harassment* means a knowing and willful course of conduct directed at a specific person which
seriously alarms, annoys, or harasses, or is detrimental to such person and which serves no legitimate or
lawful purpose.

The course of conduct shall be such as would cause a reasonable person to suffer substantial emotional
distress and shall actually cause substantial emotional distress to the petitioner or when the course of
conduct is contact by a person 18 years of age or over that would cause a reasonable parent to fear for the
well-being of their child.

*Course of conduct* means a pattern of conduct composed of a series of acts over a period of time, however
short, evidencing a continuity of purpose. Course of conduct includes, in addition to any other form of
communication, contact, or conduct, the sending of an electronic communication.  Constitutionally
protected activities are not included within the meaning of course of conduct.

Describe specific acts of harassment and their approximate dates.

Good Example:  "On May 9, 2007, Terry called my house 19 times between 1:00 a.m. and 4:00 a.m.
               saying that if I didn't come outside to talk, I had better have good fire insurance."

Bad Example:   "Terry harassed me."

The respondent has committed acts of unlawful harassment as follows:

Most recent act of harassment and approximate date: Repeatly  harassed  by  phone
and  in  person  physical  harm  and  faulevious
accusation  that  would  cause  me  to  lose  my
children. Accessed  via  computer,  my  business  &
personal  files  locking  me  out  of  them  by  changing
password. Accessed  personal  phone  records  &  harassed
contacts. Threatened  to  call  police  to  make  fabulous
accusations

Prior act (s) of harassment and approximate date: Over  the  last  30  days
has  made  accusations  of  harrassment  towards
my  ex-wife  because  of  jealousy. Verbally  abusive
towards  my  children  when  she  thought  I
could  not  hear

_____

_____

_____

(Continue on separate page if necessary.)

### RELIEF REQUESTED

2.1    I request an Order for Protection, following a hearing, that will:

☑    RESTRAIN respondent from making any attempts to keep under surveillance ☐ me
☐ the child(ren) named in the table above.

☑    RESTRAIN respondent from making any attempts to contact, except for mailing of court
documents, ☐ me ☐ the child(ren) named in the table above.

☑    RESTRAIN respondent from entering or being within ___500 ft___ (distance) of
my ☑ residence ☑ workplace ☐ other: _baby sitter_

☐    OTHER: _____

_____

_____

2.2    ☑    I request that the Order for Protection REMAIN EFFECTIVE longer than one year because
respondent is likely to resume acts of unlawful harassment against me if the order expires in
a year.

2.3    ☐    I request that the respondent be ordered to pay the fees and costs of this action.

### Emergency Temporary Order Until the Court Hearing:

2.4    ☑    AN EMERGENCY EXISTS as described below and I request a Temporary Order for
Protection granting the relief in paragraph 2.1 be issued immediately, without notice to the
respondent.

List any immediate and irreparable injury, loss, or damage that would result before the respondent can be
served and heard: _She will come to my residence_
_with police to make felonious accusations_
_about me & my children_

_____

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and
correct.

DATED___12-10-09___ at ___PJC___ Washington.

_____
Petitioner



FILED

09 DEC 23 PM 12: 51

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

**SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY**

*Timothy George Doran*
Petitioner                          (DOB)

vs.

*Sophia Clark-Barnes-Allgood*
Respondent                          (DOB)

NO. *09-2-44618-1 KNT*

**ORDER FOR PROTECTION - AH**
(ORAH)

Court Clerk's Address: 516 Third Ave.,
Room E609, Seattle, WA 98104-2386

Telephone Number:  (206) 296-9300

(Clerk's action required)

---

**WARNING TO THE RESPONDENT:** Violation of the provisions of this order with actual notice
of its terms is a criminal offense under chapter 10.14 RCW <u>and will subject a violator to arrest.</u>
Willful disobedience of the terms of this order may also be contempt of court and subject you to
penalties under chapter 7.21 RCW.

1. ☒ Full Faith and Credit: This order is issued to prevent violent or threatening acts of harassment.
   The court has jurisdiction over the parties, the minors and the subject matter. This order is issued
   in accordance with the Full Faith and Credit provisions of VAWA. 18 U.S.C. § 2265.

   **(NOTE: Specify how each respondent was served with notice of this hearing.)**
2. Notice of this hearing was served on the respondent by ☒ personal service ☐ service by mail
   pursuant to court order ☐ service by publication pursuant to court order ☐ other_____
   _____

3. ☐ No minors involved.
   ☒ Minors addressed in this order:

| Minor's Name (First, Middle Initial, Last) | Age | Race | Sex |
|---|---|---|---|
| *Tobin TC Doran* | 3 | CAU/Vietn | M |
| *Cody DK Doran* | 2 | CAU/Vietn | M |
|  |  |  |  |
|  |  |  |  |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant to any statutory authority, and IT IS THEREFORE ORDERED THAT:

☒ Respondent is RESTRAINED from making any attempts to keep under surveillance ☒ petitioner ☒ any minors named in the table above.

☒ Respondent is RESTRAINED from making any attempts to contact ☒ petitioner ☒ any minors named in the table above.

☒ Respondent is RESTRAINED from entering or being within _____ *500'* _____ (distance) of petitioner's ☒ residence ☒ workplace ☐ other: _____
  ☐ The address is confidential. ☐ Petitioner waives confidentiality of the address which is:

☐ Judgment is granted against respondent for fees and costs in the amount of $ _____.
☐ Other: _____

IT IS FURTHER ORDERED that the Clerk of Court shall forward a copy of this order on or before the next judicial day to the law enforcement agency where petitioner lives which shall enter it in the computer-based criminal intelligence system used by law enforcement to list outstanding warrants.

☒ Petitioner lives within the city limits of: _____ *SEATTLE* _____
☐ Petitioner lives outside city limits, in the county of: _____

| SERVICE |
|---|
| (Indicate if respondent shall be served with this order. Specify for each respondent.) |

☒ Petitioner shall arrange to have the respondent, *Sophia Clark-Barnes Allegedy* personally served with a copy of this order. Petitioner may choose to use the services of a legal process server, the law enforcement agency having jurisdiction where the respondent resides, or an adult who is not a party to this case. The server shall complete and return to this court proof of service.

☐ Respondent, _____, appeared and was informed of the order by the court; further service is not required.

☐ Respondent, _____, did not appear. The restraint provisions in this order are the same as those in the Temporary Order. The court is satisfied that the respondent was personally served with the Temporary Order. Further service is not required.

☐ Petitioner shall arrange for service on respondent, _____, of this order by ☐ mail pursuant to CR4(e) ☐ publication pursuant to RCW 10.14.100 as previously authorized by order of the court.

THIS ANTIHARASSMENT ORDER EXPIRES ONE YEAR FROM TODAY, UNLESS STATED OTHERWISE HERE: _____.
If the duration of this order exceeds one year, the court finds that respondent is likely to resume unlawful harassment of the petitioner when the order expires.

DATED _*12/23/09*_ at _*12:10*_ a.m./p.m.    _Richard F. McDermott_
                                            JUDGE/~~COURT COMMISSIONER~~

I acknowledge receipt of a copy of this Order:    I acknowledge receipt of a copy of this Order:

_____  _*12-23-09*_    _____  _____
Petitioner                Date            Respondent               Date

# Stafford Legal Investigations

**M E M O R A N D U M**        **Confidential -- Work Product - Privileged**

TO          Bob Goldsmith

FROM:       Susan E. Stafford

RE:          Timothy Doran

DATE:       February 16, 2012

RE:          <u>INPERSON INTERVIEW OF GREGORY NEWHOUSE</u>

On the above date I interviewed Greg Newhouse at his job as warehouse manager at JR Furniture. He was friendly and cooperative, but was somewhat tongue-tied as to actual details.

Newhouse is 40 years old, single and owns a house at 24528 188th SE in Covington, WA. He has been friends with Doran for years, knows his sister and likes her, knows his wife Hong, and knows other friends (like Trang) of Tim's. He said that Tim is friendly and personable and would tell him stories about a lot of stuff. (Th8s quality Greg really likes.)

I went over Newhouses's statement to the police, and he said that there were a number of inaccuracies in there. He doesn't recall if the cops even took notes while he was talking to them. The did tell Greg that they were there about the lack of sex registration, and mentioned a murder and told him that he could go on-line to get more details. (Greg did do that),

As to what was inaccurate, he said that it was longer than two years before when Tim and Hong moved into Greg's house (Greg wasn't living there at the time). Also, Newhouse is the one who drove Tim and the children to the airport, so he knew where Tim was going. Also, when Tim came by to see him after his return from Vietnam, he did not act secretive, and Tim knew that he was going to live at his sister's house, "because he wasn't going to live with me".

I spoke to him about what he knew of any threats against Tim in Vietnam. Greg said that he definitely knew about them, and talked to Tim about this subject many times, while Tim was in the county. There were also messages left on his phone about this same subject.

I tried to get real details here, but it was hard. Greg thinks that Tim was in Vietnam from about October/November 2010 to March or April, 2011. Tim told Greg that he wanted to go to Vietnam for a change, and that he had been in the location he chose before, and liked it.

Tim had a habit of calling Greg 3 or 4 times a month (they only Skyped twice that Greg recalls). Tim would leave messages on Greg's cell phone, because he rarely answers his phone, and then Greg would call him back.

The first couple of months Tim was having problems because he had no money, so Greg sent him some money. Then Tim got some work, and apparently acquired a girlfriend too.

1

Then Tim left a message on Greg's cell phone saying that he was frightened and that he was being threatened. This topic was discussed between them many, many times during the next two months. (Greg, however cannot say exactly what it was that Tim actually said to him.)

The gist of it was that he was afraid of some people who were making threats of some kind against him. Tim said that someone got into his house and took some of his stuff. He told Greg that he was afraid someone was going to take his kids. He asked Greg to send him some money, but Greg didn't. As to the break-in, Greg doesn't know how they got in and if they did anything to Tim, but he knew Tim definitely felt threatened.

As to what Greg recalls Tim telling him as to why this all began, it had something to do with his girlfriend who wanted to come to the US with him and he didn't want that and broke it off and she was upset and said things like, "I am going to get you. You are going to regret this".

Tim told Greg that she knew other people  - it was her town – and these people were either gang members, old boyfriends, or some other men, and that was where the threat lay.

Tim told Greg that he was so frightened that if he had the $5,000 needed for airfare he would have left the county immediately. Greg said to this investigator, "His fear seemed sincere to me".

I asked Greg if it seemed like Tim thought his children were going to be kidnapped, and he said, "well, he didn't have any money – it was taken – so he couldn't ransom them."

Greg said to this investigator, "for the most part he was OK – people liked him – he had good relationships with shop-people – he had his routine...so it wasn't only the threats we talked about. And maybe he was perceiving wrong – maybe the shopkeepers just stopped talking to him. With Tim, it may seem dramatic, but situations change. I can understand his concerns, though – he and his kids were alone there."

Greg said, "I live here – maybe Tim's fears were real – they seemed to be – but maybe normal living is different over there."

Greg said that the cops who talked to him at the store didn't talk to him at all about Tim's relationship with the woman, or her death, so he didn't tell them any of this.

Greg told me that when Tim got back to the US, he told Greg some more things about what went on at the house which may have led to her death. Greg said that he really didn't want to know anything – and felt that the less involved he was the better.

I asked Greg if he knows of anyone else whom Tim may have called with his fears. He said that he didn't think that Tim called his wife, Hong, since Hong came by Greg's house looking for Tim while he was in Vietnam. He agreed that "Trang may have been phoned by Tim", but he doesn't know – he only met Trang in Tim's presence. He knows that Trang was a friend and lived in Liberty Heights. Greg assumes that Tim probably also called his sister, and a friend in California.

As to the sex registry charge, Greg knew that Tim <u>had</u> to register – he knew it when he had to register while living at Greg's house. Greg knew that Tim wanted to get it changed and was working with an investigator or detective about getting things changed. This was before he went to Vietnam.

Greg knew that Tim cam back after something bad had happened in Vietnam, and knew that he left because he was afraid.

When he returned he lived at his sister's house, and was working a couple jobs. Greg knew, from Tim, that Tim was aware that he could do jail time for not registering, and was worried about, if that happened, where his kids would go. According to Greg, Tim adored his children. He let Greg know that he hadn't registered for a while.

Greg wanted to know what was going to happen now, and I told him that he may be a witness, at least via Declaration. He gave me his email address as gnametaken@aol.com, and said that he would sign something if sent to him.


Susan Stafford
Investigator

# Stafford Legal Investigations

**M E M O R A N D U M**        **Confidential – Work Product - Privileged**

TO          Bob Goldsmith

FROM:       Susan E. Stafford

RE:         Timothy Doran

DATE:       April 22, 2012

RE:         <u>TELEPHONIC INTERVIEW WITH LYNDA NGUYEN</u>

On the above date I interviewed Lynda Nguyen (note correct spelling of her first name) on her lunch hour, and asked about Tim Doran. She was willing to talk with me. She does not know Xuan, and nobody by that name works at her shop.

Lynda did not know of any mutual friends that she and Tim might have, and she knows no-one who might have dated him. Hence she cannot talk about his reputation. She said that she only knows how *they* got along and what *her* impressions were of him. So, for what it is worth, this is what she said:

She has probably seen and spoken to him in person only ten times. She of course met him through his wife, who apparently never talked about him to Lynda. She found him "a nice guy and a good father, and also very gentle", and commented that he was crazy about his sons. After his divorce he continued to stop by the shop to say hi.

She said that he came by to see Lynda and tell her that he was going to Vietnam to be with a women he met on the internet. She told him not to go and told him that she herself was *afraid* to go back to that county. She said that he should not bring his sons, if he did go.

He told Lynda that the girl told him that she *wanted* to have the boys with them and that she would love them like her own. Lynda said, "look, even their mother gave them up, why would you trust that girl with your children." (Lynda is under the strong impression that the girl he was going to see was named Le and that he left Le for Ngoc – I told her that I believed that it was Ngoc whom he first went to see and left her for Le, but she said that she has devoured all the news about the murder and is sure it is the other way around. She added that she read about the murder before she heard anything from Tim.)

Of interest is that I learned that Tim called her from Vietnam a number of times. At first he was very happy, and told her that he and "the girl" lived near the beach and they took the kids here. Then around Christmas he called Lynda to wish her a Merry Christmas. Then he called, about February, to tell her that "that girl" cheated on him.

Either in that phone call or a later one he told her that "that girl" scared him" and told Lynda that "that girl" said that, "if you get near me I will have someone kill you". Lynda said that

**From:** bob goldsmith <bobgoldsmith@hotmail.com>
**To:** toan.nguyen011279@yahoo.com
**Sent:** Friday, March 9, 2012 8:29 AM
**Subject:** Tim Doran

Dear Mr. Toan Nguyen:

I represent Mr. Doran here in Seattle on a federal matter. He suggested I talk to you. If you are willing to tell me what you know about Tim Doran, please email me back and write what you know. He believes that you are aware of some gangsters following him. Can you confirm that? Any help is appreciated,

Bob Goldsmith
Attorney at Law
WSBA # 12265

**Date:** Fri, 9 Mar 2012 01:54:32 -0800
**From:** toan.nguyen011279@yahoo.com
**Subject:** Re: Tim Doran
**To:** bobgoldsmith@hotmail.com

first time I met Tim about April 2010. When he and Trang came Nhatrang to holiday. Trang is the woman who I met 10 years before. Trang older than me and I's alway think her like sisters, she live in Saigon.

I met Tim in cafe shop on the first time, Trang introduced he is her friend come frome USA. Tim said he devorced because his wife has boy friend. He'd like to find the job which enought money for 2 kids. He mean he visit nhatrang to look for the business. Tim very funy, alway smile with people he meet and some time I saw him give food and money for beger althought he not have alot.

Some month late, I didnot remember exactly, Trang call me and said they (Trang, Tim) had been nhatrang looking for the house to rent and would be to live toghether and look the job here ( Nhatrang). After some month late, Trang called me and Tim called too, said they bye bye toghether, Tim and Trang said that They not happy when live toghether. After that, I met Trang and asked he does she know how about Tim, TRang say Tim have neww girl name Hương but I never met that woman. Some morning Tim came the small coffee ( in Vietnam, some one they sale cafe beside of street, it cheaper) where is very close of may company, he talk me some things about his school, he say he teach english in English Center, some time he say teach in morning, some time teach afternoon and some time in evening. My English not well but I understand if he talk slowly, and his son translate. He alway like very happy with his job, teaching. And he said he hope he can earn enought money for kids and he love nhatrang.

**From:** bob goldsmith <bobgoldsmith@hotmail.com>
**To:** toan.nguyen011279@yahoo.com
**Sent:** Saturday, March 10, 2012 3:06 AM
**Subject:** RE: Tim Doran

Ton:

Thank you very much for your email.

I have some more questions:

1. Between January and March in 2011, did Tim ever tell you he was in fear for his life and his kids' lives due to gangsters following him?

2. After Trang and Tim said 'bye-bye', was Trang bothering Tim or having gangsters follow him?


Bob Goldsmith
Attorney at Law
WSBA # 12265

**From: Ton Nguyn** (toan.nguyen011279@yahoo.com)

**Sent:**  Sat 3/10/12 12:48 AM

**To:**    bob goldsmith (bobgoldsmith@hotmail.com)

1. Some time He met me, he said he worrry gangster. I asked he who, he said some one dont like him. I said him dont care, if he like to live in Vietnam and take money from teaching, and if he like him and his sons happy hear not difficult, only one way: dont say love to woman and dont talk to any people about his family so much when he go out. But some time he talk me about the girl ... I dont like, and I say him: If you talk about girl dont talk me gangster.

2. some time Tim say any one (he doesnt know who) call him say want kill him, I say him he have to come police and show number and name for police to help him because if he talk me I cant do any thing. Second I talk he why ganster call him, he say becaue the love - girl, I didnt like to listen becaue he alway say girl and gangter. I speak English not well so I dont understand all he said who is gangter and they come from where.

 **VanEgmond Investigations**

1  **This memo reflects the investigator's thoughts and impression and should be**
2  **considered work product.**

3

## Kay Furin
5  206.255.5462

### Knowledge of Defendant
7  • Has had a friendly relationship with Δ for around 8 years.
8  • Considers Δ the "most devoted father" to his two sons that she has ever been
9    around.
10    o Δ's ex-wife abandoned both Δ and the two boys
11  •

### Knowledge of Δ's Trip to Vietnam
13  • Δ went to Vietnam to follow a girlfriend
14    o Furin never met girlfriend
15    o Furin never was shown a picture
16  • Furin thought going to Vietnam was a bad idea because it was so far away from
17    Δ's friends and support group.
18  • Δ took his two sons with him.
19  • Furin was told by Δ that girlfriend had a job lined up for him
20  • After Δ had been in Vietnam for a while, Furin received several calls from Δ
21    o These phone calls occurred over a period of 10 to 14 days.
22    o Δ sounded increasing concurred and fearful with each recurring phone call.
23  • Substance of the phone calls
24    o Δ wasn't doing very well.
25    o Δ needed to leave Vietnam immediately.
26    o There was no job waiting for him when he got to Vietnam.
27    o Girlfriend was involved with "really bad guys, criminals".
28    o Δ feared for his sons' safety.
29    o Δ didn't have the money needed for the plane tickets.
30    o Δ asked Furin for financial assistance
31    o Furin financially was not in a place where she could give any kind of
32      financial support.
33  • Furin was fearful for Δ's situation and was relieved when she later learned that Δ
34    had made it to the states.

35

VanEgmond Investigations
4616 25ᵗʰ Avenue NE #535
Seattle, WA 98105
Phone 206.355.6485
Fax: 866.311.2259
Email: investigations@vanegmondinvestigations.com

September 13, 2012

In re:  Timothy Duran

Dear Sirs:

My name is Kay Furin and I work as a legal assistant with the law offices of M Wayne Boyack in Seattle Washington.  I have lived most of my 67 years in the Pacific North West area and I am active in my Church and with my large family.

I met Tim about 8 years ago and have maintained a friendly relationship with him and his family since that time.  He has always conducted himself in a pleasant manner and as far as I can tell is a devoted father to his two little boys.  My daughter had two sons in the last four years and he kindly gave her lots of used clothing which was very much appreciated.  He brought the boys often to visit with my daughter as well as to our home to visit with us.  It was very obvious that they had a wonderful relationship with their father, and it came as no surprise to me when he was awarded custody of the boys after a lengthy battle.

While he was in Viet Nam he called me and asked if I could pay for his air fair back home (for him and the boys) because he was very fearful of some dreadful characters he had met there.  I explained that my husband has been recently laid off, our son was sick and unable to work, we were supporting him and I just was not in a position to loan him money.  I can assure you, however, that he was very upset and if I could have come up with that large sum of money I would have loaned it to him to escape from the situation he was in.  As I recall he called more than three or four times regarding these issues from Viet Nam.  He sounded more frantic with each call and I was very much relieved when I heard he was back in the states.

I would be glad to answer any questions you might have regarding any of this, please call.

Sincerely,

Kay Furin
206 255 5462

CARNEY & MARCHI P.S.
*Attorneys at Law*

SEP 2 0 2012

RECEIVED

# Department Of Licensing – IDL System



Picture Number: DORANTG358P8
Control Number: 3C111592E1216
Name: DORAN,TIM GEORGE
Production Status: Mailed – 06–12–2011
Issue Date: 06–08–2011
Report Date: Aug 24, 2011 1:47:09 PM

TD00001





TD00136

LICENSING

CLASS: A - Any vehicle or combination of vehicles except motorcycles
ENDORSEMENTS:
Two-wheel motorcycle only
N-Tank Vehicle (Liquid/Gas)

RESTRICTIONS:
NONE

Organ Donor
Please notify the Department of Licensing within 10 days of a change of address

**Medical Examiner's Certificate**

I certify that I have examined ______ in accordance with Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

- wearing corrective lenses
- wearing hearing aid
- accompanied by a ______ waiver/exemption
- driving within an exempt intracity zone (49 CFR 391.62)
- accompanied by a Skill Performance Evaluation Certificate (SPE)
- qualified by operation of 49 CFR 391.64

*The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.*

☐ MD ☐ DO ☐ DC ☒ PA ☐ APN

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI, OH   45999-0023

Date of this notice:  04-29-2011

Employer Identification Number:
XX-XXXXXXX

Form:  SS-4

Number of this notice:  CP 575 H

JIM DORAN ENTERPRISES LLC
JIM DORAN SOLE MBR
[address]
COVINGTON, WA  98042

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN XX-XXXXXXX.  This EIN will identify your business account, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, Entity Classification Election, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, Election by a Small Business Corporation.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

## IMPORTANT REMINDERS

*  Keep a copy of this notice in your permanent records.  This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.

*  Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*  Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return this stub.  Thank you for your cooperation.

TD00142



**STATE OF WASHINGTON**
**DEPARTMENT OF REVENUE**

June 27, 2011

TIM DORAN ENTERPRISES                    UBI Number: 603 123 994
TIM DORAN ENTERPRISES LLC                TAC Code: T1945187V
24521 184TH AVE SE
COVINGTON WA 98042-4582

**IMPORTANT: Tax Registration Information. Please keep on file.**

Congratulations! You are now registered to operate a business in Washington. Your Unified Business Identifier (UBI) number shown above is also your Department of Revenue (DOR) tax registration number. Please refer to this number any time you contact us for assistance.

**When to file and pay your taxes**
Your business is assigned to report taxes annually. Your tax return is due January 31 following the taxable period (i.e. January 1 through December 31 of the previous year). If you do not have business activity to report, you are still required to file a tax return.

Based on your business open date, the first return you must file is the Annual 2011 return and is due on January 31, 2012. We will mail your return to you.

(over)

Taxpayer Account Administration Division
P.O. Box 47476 · Olympia, Washington 98504-7476

TD00143

Form **W-9**

Request for Taxpayer
Identification Number and Certification

Give form to the requester. Do not send to the IRS.

TM David

Tau David Enterprises

91522 144th Ave SE

Covington wa 98042

## Part I   Taxpayer Identification Number (TIN)

522 73 0571

46 1418925

## Part II   Certification

NOV-23-2011  09:26   ATTLE FBI   P.003

TRANSFER ONLY

## Vehicle Certificate of Ownership (Title) Application

**WASHINGTON STATE DEPARTMENT OF LICENSING**

Fees

| Plate or TPO | Color #1 | Color #2 | Vehicle Identification Number (VIN) | | | Filing |
|---|---|---|---|---|---|---|
| 652-VOE | TEAL | | 1B4HS28N8YF156527 | | | |
| Model year | Pwr | Use | Make | Series/Body type | Value code | Year | Scale weight |
| 00 | G | PAS | DODGE | DURANGO | | 00 | |
| Cycle engine or motor home number | | Fleet code | Equipment # | MO reg | Reg exp date 01/29/2012 | Scale weight | Seats | RTA excise tax |
| Declared GWT | Month GWT | GWT expiration | | Mileage EXEMPT | Code | Previous title # | State | License |

**Special options:**
- [ ] DAV  [ ] Leased  [ ] No title issued
- [ ] NRM  [ ] Bonded  [ ] Non-roadworthy
- [ ] Native American  [ ] Reg only
- [ ] Joint tenants with rights of survivorship

| County of residence | Purchase price | Tax jurisdiction | Tax rate | Application |
|---|---|---|---|---|
| KING | 7966.76 | | 9.80 | Inspection |

- [ ] USE TAX EXEMPT: Private automobile was purchased and used by me in another state for a minimum of 90 days while I was a bonafide resident, before I entered Washington on _____ (Must be used in WA for personal and family transportation only.)
- [ ] GIFT: Donor previously paid Washington State sales/use tax.
- [ ] INHERITANCE: Washington sales/use tax paid by testator.
- [ ] Transferred to SPOUSE.
- [ ] Sale to INDIAN IN INDIAN COUNTRY. Notarized statement is attached.

VIN assignment

Gross weight

GWT credit (Attach proof)

**For more than two registered or legal owners, please attach additional applications.**

**New registered owner**

Name (Last, First, Middle Initial)
DURAN, TIM G

Name (Last, First, Middle Initial)

Washington State primary residence street address or Washington State principal place of business street address is required on the vehicle record. For exceptions to this rule, see form TD-420-004.

Washington State primary residence street address (if any individual) or Washington State principal place of business street address (if a business)
24558 188TH AVE SE  COVINGTON WA 98042

Address (continued)

Mailing address (if different than residence address) or exception address

First owner's Washington driver license, ID card, or UBI number
DURANTG558P8

Second owner's Washington driver license, ID card, or UBI number

Arbitration

Sales/Use tax

License service

Plate

LPG

Aquatic weed

Trauma

**New legal owner or lienholder—must be filled out if different than the registered owner**

Name (Last, First, Middle Initial)
GOLD ACCEPTANCE

Name (Last, First, Middle Initial)

Address PO BOX 1889 ORANGE CA 92868

Address (continued)

First owner's Washington driver license, ID card, or UBI number

Second owner's Washington driver license, ID card, or UBI number

Replacement tab

State parks donation
- [ ] $5  [ ] $0

Out of state

Other

Total fees and tax

| Dealer's report of sale | WA dealer number | Dealer name | | Date of sale | Subagent fee |
|---|---|---|---|---|---|
| I certify that this information is correct. This vehicle is clear of encumbrances except as shown. Any required sales tax has been collected. | 0983 | AUBURN WAY AUTOS | | 06/01/2011 | |
| | Date of delivery 06/01/2011 | Vehicle is: [ ] New [X] Used [ ] Previously titled | Dealer's/authorized signature  X _Alejandra Ayala F.__ | | |

Anyone who knowingly makes a false statement may be guilty of a felony under state law and upon conviction shall be punished by a fine, imprisonment or both. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Date and place
06/01/2011 AUBURN    X _____
Registered owner signature    Position, if signing for a business

Date and place
06/01/2011 AUBURN    X _____
Registered owner signature    Position, if signing for a business

**Notarization/Certification for registered owner(s) signature**

State of Washington, County of ___KING___

(Seal or stamp)

by _____

by _____

Title _____  6-1-11

Signed or attested before me on _6-1-11_

Signature _Alejandra Ayala F.__

Printed or stamped name
ALEJANDRA AYALA
and    #0983
Dealer or county/office number or notary expiration date

The Department of Licensing has a policy of providing equal access to its services. If you need special accommodation, please call (360) 902-3900 or TTY (360) 664-8885.

TD-420-001 (R/8/01)W

REORDER FROM WSIADA 800-971-4277

DEPARTMENT COPY

TD00116



PLEASE FORWARD TO:
US DISTRICT COURT
700 STEWART ST STE 2310
SEATTLE WA 98101

Honorable Robert S. Lasnik

USMS CSO EXAMINED
DATE

USMS CSO EXAMINED
DATE

Legal Mail

Legal Mail