FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 15 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Plaintiff(s), United States of America

v.

Defendant(s). Timothy G Doran

Case No. CR 12-0001-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue subpoenas

12-CR-00001-BCST

Dated: 3/15/13

Signature

For: Nicholas W. Marchi

**PRAECIPE**

(margin note: subpoenas.)