Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>TIMOTHY GEORGE DORAN,<br><br>              Defendant. | NO. CR12-0001RSL<br><br>GOVERNMENT'S EXHIBIT LIST FOR SENTENCING HEARING |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Brian Werner, and Andrew Friedman, Assistant United States Attorneys files this list of exhibits that the Government may offer at Defendant Timothy George Doran's Sentencing Hearing.

1. Picture of Nguyen
2. Picture of Nguyen (deceased)
3. March 21, 2011, Interpol Correspondence
4. June 12, 2011, Interpol Correspondence w/ attachment
5. Flight Record Data
6. *Very Vietnam* News Article

//
//
//

Government's Exhibit List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1        7.     Chris Davenport Declaration

2        8.     David Shao Declaration

4        DATED this 18th day of March, 2013.

                                           Respectfully submitted,

                                           JENNY A. DURKAN
                                           United States Attorney

                                           */s/ Brian D. Werner*
                                           BRIAN D. WERNER
                                           ANDREW FRIEDMAN
                                           Assistant United States Attorneys
                                           United States Attorney's Office
                                           1201 Pacific Avenue, Suite 700
                                           Tacoma, Washington 98402
                                           Telephone: (253) 428-3800
                                           Fax: (253) 428-3826
                                           E-mail: Brian.Werner@usdoj.gov
                                           E-mail: Andrew.Friedman@usdoj.gov

Government's Exhibit List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/Kelly M. Shirkey*
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

Government's Exhibit List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800