Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>        )<br>    v. )<br>        )<br>TIMOTHY GEORGE DORAN, )<br>        )<br>            Defendant. )<br> ) | NO.  CR12-0001RSL<br><br>GOVERNMENT'S<br>WITNESS LIST FOR<br>SENTENCING HEARING |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Brian Werner, and Andrew Friedman, Assistant United States Attorneys files this list of witnesses that the Government may call to testify as a witness in Defendant Timothy George Doran's Sentencing Hearing.

1. Marvin Chargualaf, Customs & Border Protection
2. David Williams
3. Girlie Pineda
4. Lisa Stephenson, Senior Inspector, United States Marshal Service

//
//
//

Government's Witness List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

5. Tuan Ngoc Huang

6. Duc Quang Ha

DATED this 18th day of March, 2013.

    Respectfully submitted,

    JENNY A. DURKAN
    United States Attorney

    */s/ Brian D. Werner*
    BRIAN D. WERNER
    ANDREW FRIEDMAN
    Assistant United States Attorneys
    United States Attorney's Office
    1201 Pacific Avenue, Suite 700
    Tacoma, Washington 98402
    Telephone: (253) 428-3800
    Fax: (253) 428-3826
    E-mail: Brian.Werner@usdoj.gov
    E-mail: Andrew.Friedman@usdoj.gov

Government's Witness List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/Kelly M. Shirkey*
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

Government's Witness List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800