Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
            Plaintiff,  )  NO. CR12-0001RSL
              )
      v.  )  GOVERNMENT'S AMENDED
              )  EXHIBIT LIST FOR
TIMOTHY GEORGE DORAN,  )  SENTENCING HEARING
              )
            Defendant.  )

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Brian Werner, and Andrew Friedman, Assistant United States Attorneys files this list of exhibits that the Government may offer at Defendant Timothy George Doran's Sentencing Hearing.

    1.    Picture of Nguyen

    2.    Picture of Nguyen (deceased)

    3.    March 21, 2011, Interpol Correspondence

    4.    June 12, 2011, Interpol Correspondence w/ attachment

    5.    Flight Record Data

    6.    *Very Vietnam* News Article

    7.    Chris Davenport Declaration

    8.    David Shao Declaration

//

Government's Exhibit List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   9.    RESERVED

2   10.   RESERVED

3   11.   Pictures from Vietnamese Police

4   12.   Documents from Vietnamese Police

6   DATED this 22nd day of March, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/ Brian D. Werner*
BRIAN D. WERNER
ANDREW FRIEDMAN
Assistant United States Attorneys
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Brian.Werner@usdoj.gov
E-mail: Andrew.Friedman@usdoj.gov

Government's Exhibit List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Katelyn Mitchell*
KATELYN MITCHELL
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Phone: 206-553-4161
FAX:   206-553-2502
E-mail: katelyn.mitchell@usdoj.gov

Government's Exhibit List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800