The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　) <br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>TIMOTHY G. DORAN, 　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　) | NO. CR12-0001RSL<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING<br><br>(Docket No. 66) |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian D. Werner, Assistant United States Attorneys for said District, and files this response to Defendant's Motion to Continue Sentencing Hearing.

The Government has no objection to the motion to continue sentencing in this case for the reasons set forth in Defendant, Timothy Doran's, motion. The Government requests, however, that any continuance be until a date on or after September 4, 2013

//
//
//

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING HEARING/DORAN (CR12-0001RSL) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

(because one or both Government counsel, as well as the Government's case agent, and witnesses, may be unavailable between August 23, 2013, and September 3, 2013).

DATED this 7th day of May, 2013.

        Respectfully submitted,

        JENNY A. DURKAN
        United States Attorney

        */s/ Andrew C. Friedman*
        ANDREW C. FRIEDMAN
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Telephone: (206) 553-2277
        Fax: (206) 553-0755
        E-mail: Andrew.Friedman@usdoj.gov

        */s/ Brian D. Werner*
        BRIAN D. WERNER
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, Washington 98402-4305
        Telephone: (206) 428-3806
        Fax: (206) 428-3826
        E-mail: Brian.Werner@usdoj.gov

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING HEARING/DORAN (CR12-0001RSL) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Katelyn Mitchell*
KATELYN MITCHELL
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4161
FAX:   (206) 553-4440
E-mail: katelyn.mitchell@usdoj.gov

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING HEARING/DORAN (CR12-0001RSL) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970