UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY G. DORAN,<br><br>Defendant | Case No. CR12-0001-RSL<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT<br><br>NOTE: June 14, 2013<br>Evidentiary Hearing Requested |

MOTION

COMES now counsel for the defendant and moves to withdraw as attorney of record. Counsel would request that new counsel be appointed for the defendant. This motion is based on the attached Declaration of Counsel.

Dated this 28th day of May 2013.

    Respectfully submitted,
    *s/ Nicholas Marchi*
    Nicholas Marchi, WSBA 19982
    CARNEY & MARCHI
    Attorneys for Defendant

# DECLARATION

I, NICHOLAS MARCHI, first being duly sworn upon oath deposes and says:

1. This matter is currently pending before the Court. The defendant has informed me that he wishes to have new counsel. He has stated that he no longer wishes me to represent him in these matters. He has requested that I file a Motion to Withdraw so that he can have new counsel appointed. Pursuant to the Defendant's request, I am filing this request.

2. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of May 2013.

*S Nicholas Marchi*
NICHOLAS MARCHI

# CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Withdraw as Counsel for Defendant was e-mailed via ECF /mailed first class, postage prepaid on 5/28/2013, to A. Friedman, Assistant United States Attorney, 700 Stewart Street, Suite 5220, Seattle WA 98901.

s/*Nicholas Marchi*
CARNEY & MARCHI, P.S.

MOTION TO WITHDRAW AS COUNSEL - 2

Attorneys for Defendant

MOTION TO WITHDRAW AS COUNSEL - 3