1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7   UNITED STATES OF AMERICA,

8                       Plaintiff(s),                    No. CR12-001RSL

9             vs.                                        MINUTE ORDER

10  TIMOTHY DORAN,

11                      Defendant(s).

12        The following Minute Order is made and entered on the docket at the direction of the

13  HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

14        A hearing on defendant's Motion to Withdraw as Attorney (Dkt. # 69) has been scheduled for

15  **Monday, June 10, 2013 at 8:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United

16  States District Court Judge.

17

18

19        DATED this 31st day of May, 2013.

20

21                                          /s/Kerry Simonds
                                            by Kerry Simonds, Deputy Clerk
22                                          To Robert S.  Lasnik, Judge
                                            206-370-8519
23  Copy to the Court
    and Counsel

24

25

26  MINUTE ORDER