

JUN 27 2013

6-25-13

Judge Lasnik,

On June 10, 2013 I came before you to address the issues of ineffectiveness of Mr. Marchi, my attorney. At which time I explained that I have requested for three months a copy of the 3-22-13 meetings content. Mr. Marchi has refused to give me a copy of the content & now claims that said meeting was not recorded by him or the U.S. Attorneys. I find this impossible to believe, that the U.S. Attorneys spent all the funds to fly the Vietnamese Police Officer here & did not record the content of the meeting on 3-22-13.

Today, 6-25-13, I called Mr. Marchi's office to request information from my file & was told that his office was NOT to forward any information in my file to me & I was hung up on. The errors on Mr. Marchi's part in this case are so egregious that I will no doubt be awarded on appeal on 4, 5, 6, 8 & 14 Amend. Rights violations.

I can no longer, in good faith, have Mr. Marchi represent me any further & ask that he be replaced with Peter Camiel, who is familiar with my case & is willing to accept it if appointed. I am not wasting the Courts time, I'm only exercising my rights of effective counsel.

Tim Doran



12-CR-00001-ORD

FEDERAL DETENTION CENTER
NAME: Dorais Tim
REG: 41884-086   UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

Legal Mail

SEATTLE WA 980
25 JUN 2013 PM 7 L

Judge Robert S. Lasnik
United States Courthouse
700 Stewart St,
Suite # 1010
Seattle, WA.
98101

9810144402G

Equality
FOREVER