UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　vs.<br><br>TIMOTHY DORAN,<br><br>　　　　　　　　Defendant(s). | No. CR12-001RSL<br><br>MINUTE ORDER |

　　　　The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

　　A hearing on defendant's Motions to Appoint New Counsel (Dkt. # 73) and to Withdraw Guilty Plea (Dkt. # 75) has been scheduled for **Thursday, August 22, 2013 at 9:00 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

　　DATED this 14th day of August, 2013.

　　　　　　　　　　　　　　　　　　　/s/Kerry Simonds
　　　　　　　　　　　　　　　　　　　by Kerry Simonds, Deputy Clerk
　　　　　　　　　　　　　　　　　　　To Robert S. Lasnik, Judge
　　　　　　　　　　　　　　　　　　　206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER