UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY G. DORAN,<br><br>Defendant | Case No.CR12-0001-RSL<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT<br><br>NOTE: August 21, 2013<br>Evidentiary Hearing Requested |

## MOTION

COMES now counsel for the defendant and moves to withdraw as attorney of record. The defendant has again moved for new counsel. Undersigned counsel now believes that a conflict exists between the defendant and counsel. Counsel would request that new counsel be appointed for the defendant.

Dated this 18th day of May 2013.

Respectfully submitted,
*s/ Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant

MOTION TO WITHDRAW AS COUNSEL - 1

# DECLARATION

I, NICHOLAS MARCHI, first being duly sworn upon oath deposes and says:

1. This matter is currently pending before the Court. The Defendant has informed the Court that he wishes to have new counsel. He alleges that current counsel has violated his rights, which I deny. I now believe that there is a conflict between the defendant and myself and that the Court should allow me to withdraw and appoint new counsel. A copy of this motion has been sent to the Defendant.

2. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of August 2013.

*S Nicholas Marchi*
NICHOLAS MARCHI

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Withdraw as Counsel for Defendant was e-mailed via ECF /mailed first class, postage prepaid on 8/19/2013, to A. Friedman, Assistant United States Attorney, 700 Stewart Street, Suite 5220, Seattle WA  98901.

s/*Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant