UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTHY GEORGE DORAN,<br><br>　　　　　Defendant. | NO.  CR12-1RSL<br><br>ORDER OF REFERENCE |

　　　The Court hereby refers to United States Magistrate Judge Mary Alice Theiler, Defendant's "Motion to Withdraw as Attorney submitted by attorney Nicholas Marchi," Dkt. #77, pending before this Court.

　　　DATED this 22nd day of August, 2013.


　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF REFERENCE