UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY GEORGE DORAN,<br><br>Defendant | Case No. CR12-00001RSL<br><br>NOTICE OF ASSIGNMENT OF<br>FEDERAL PUBLIC DEFENDER |

NOTICE IS HEREBY GIVEN by the office of the Federal Public Defender that Dennis Carroll is the Assistant Federal Public Defender assigned to the above-captioned case.

DATED this 29th day of August, 2013.

12-CR-00001-CERT

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100