District Court for the Western
District of Washington

UNITED STATES OF AMERICA, )
                          )
      Plaintiff           )
                          )
                          )
vs.                       )    CR12-00001RSL
                          )
                          )
                          )    ORDER APPOINTING
TIMOTHY GEORGE DORAN,     )    FEDERAL PUBLIC
                          )    DEFENDER
                          )
      Defendant           )
                          )
                          )
_____)

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 29th day of August, 2013

_____
United States Magistrate Judge

ORDER APPOINTING F.P.D.



12-CR-00001-CLM