JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-0001 RSL |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF ASSOCIATION OF |
| | ) | COUNSEL |
| TIMOTHY GEORGE DORAN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE IS HEREBY GIVEN that Jay Stansell, Assistant Federal Public

Defender hereby associates with Dennis Carroll, Assistant Federal Public Defender, in

representing Defendant, Timothy Doran, and requests that notice of all filings be served

upon both Jay W. Stansell and Dennis Carroll.

DATED this 2nd day of October 2013.

Respectfully submitted,


s/ Jay W. Stansell
WSBA No. 18752
Attorney for Timothy Doran
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
206/553-1100
Jay_Stansell@fd.org

NOTICE OF ASSOCIATION OF COUNSEL - 1
(Timothy Doran; CR12-0001RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Friedman
Brian Werner
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271

s/Karen A. Crawford
Paralegal
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile

NOTICE OF ASSOCIATION OF COUNSEL - 2
(Timothy Doran; CR12-0001RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**