Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEORGE DORAN, <br><br> Defendant. | NO. CR12-0001RSL <br><br><br> ORDER TO SEAL |

Having reviewed the Government's Motion to Seal and the Government's Motion for a Protective Order, and having received notice from Defendant that there are no objections, the Court finds that the Motion for Protective Order relates to protected documents. Therefore,

It is hereby ORDERED that the Government's Motion for a Protective Order in this matter shall remain sealed.

DATED this 9th day of October, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order to Seal/Doran
CR12-0001RSL- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800