Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY GEORGE DORAN,<br><br>Defendant. | NO. CR12-0001RSL<br><br>PROTECTIVE ORDER<br><br>**FILED UNDER SEAL** |

THIS MATTER comes before the Court on the United States' motion for a protective Order regarding discovery documents, as permitted by Fed. R. Crim. P. 16(d). Having received notice from recently appointed defense counsel, Dennis Carroll, that the Defendant does not object to the proposed protective order, and having considered the entirety of the record and files herein, the Court finds that there is good cause to grant the motion, and hence,

IT IS HEREBY ORDERED that documents related to witness interview(s) as described in the Government's Motion for a Protective Order, including an interview memo, handwritten notes, agreements with the incarcerated defendant, and letters regarding the background of the incarcerated defendant, marked specially as protected documents (hereinafter "the Protected Documents"), shall not be reproduced or disseminated to other individuals.  This means that defense counsel shall not copy or reproduce or scan the Protected Documents at all in any form, and shall not provide the

Protective Order/Doran
CR12-0001RSL- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Protected Documents to any other person outside their law office, including the
2  Defendant.
3      IT IS HEREBY FURTHER ORDERED that the Defendant, defense counsel, and
4  others to whom disclosure of the content of the documents may be necessary to assist
5  with the preparation of the defense, shall not disclose the existence or contents of the
6  Protected Documents other than as necessary for the preparation of their defense at trial,
7  and in subsequent appellate proceedings, if necessary.
8      IT IS HEREBY FURTHER ORDERED that if defense counsel find it necessary to
9  file any documents that reference the information contained within the Protected
10 Documents, this material shall be filed under seal with the Court.
11     Nothing in this order prohibits defense counsel from showing the Protected
12 Documents to, or reviewing the content of the Protected Documents with, the Defendant
13 or others to whom disclosure may be necessary to assist with the preparation of their
14 defense at trial, and in subsequent appellate proceedings, if necessary.
15     At the conclusion of the case, the documents shall be returned to the United States
16 or destroyed or otherwise stored in a manner to ensure that they are not subsequently
17 duplicated or disseminated in violation of this Order.
18     Dated this 9th day of October, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

Protective Order/Doran
CR12-0001RSL- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800