| | |
|---|---|
| 1 | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY GEORGE DORAN,<br><br>　　　　Defendant. | NO. CR12-0001RSL<br><br>**GOVERNMENT'S AMENDED EXHIBIT LIST FOR SENTENCING HEARING** |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian D. Werner, Assistant United States Attorneys, respectfully submits this amended list of exhibits that the Government may offer at Defendant Timothy George Doran's Sentencing Hearing.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Picture of Nguyen |
| 2 | Picture of Nguyen (deceased) |
| 3 | Interpol Correspondence (March 21, 2011) |
| 4 | Interpol Correspondence w/ attachment  (June 12, 2011) |

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 5 | Flight Record Data |
|---|---|
| 6 | *Very Vietnam* News Article |
| 7 | Chris Davenport Declaration |
| 8 | David Shao Declaration |
| 9 | RESERVED |
| 10 | RESERVED |
| 11 | Pictures from Vietnamese Police |
| 12 | Documents from Vietnamese Police |
| 13 | Report for Court Hearing in the U.S. |
| 14 | Autopsy Report |
| 15 | Report of the Crime Scene Examination |
| 16 | Conclusions of the Corpse's Forensic Assessment |
| 17 | Assessment Conclusions (April 27, 2011) |
| 18 | DNA Report |
| 19 | Assessment Conclusions (September 5, 2013) |
| **Interview Reports and Law Enforcement Statements** | |
| 20 | Bui Tuan Dat |
| 21 | Hoang Vu Kieu Huong |
| 22 | Le Thi Hong Trang |
| 23 | Le Thi Xuan Thuy |
| 24 | Nguyen Dinh Toan |
| 25 | Nguyen Thi Kim Sa |
| 26 | Nguyen Thi My Le |
| 27 | Ton Nu Thi Hong |
| 28 | Trinh Thi Thu Nga |
| 29 | Vo Xuan Quang |
| 30 | E-Mail Documents provided by Trinh Thi Thu Nga |

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 31 | Skype Chat Documents provided by Nguyen Thi My Le |
|----|---------------------------------------------------|
| 32 | House Rental Contral (Lease Agreement)            |

Dated this 1st day of April, 2014.

                                Respectfully submitted,

                                JENNY A. DURKAN
                                United States Attorney

                                *s/ Andrew C. Friedman*
                                ANDREW C. FRIEDMAN
                                BRIAN D. WERNER
                                Assistant United States Attorneys
                                United States Attorney's Office
                                1201 Pacific Avenue, Suite 700
                                Tacoma, Washington 98402
                                Telephone: (253) 428-3800
                                Fax: (253) 428-3826
                                E-mail: Brian.Werner@usdoj.gov
                                E-mail: Andrew.Friedman@usdoj.gov

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

   I hereby certify that on April 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

        *s/Katelyn Mitchell*
        KATELYN MITCHELL
        Paralegal Specialist
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: (206) 553-4161
        FAX:   (206) 553-0882
        E-mail: katelyn.mitchell@usdoj.gov

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970