```
 1              UNITED STATES DISTRICT COURT

 2         WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   _____

 4                               )
     UNITED STATES OF AMERICA,    ) CR12-00001-RSL
 5                               )
                    Plaintiff,    ) SEATTLE, WASHINGTON
 6                               )
     v.                          ) August 22, 2013
 7                               )
     TIMOTHY GEORGE DORAN,        ) Motion hearing
 8                               )
                    Defendant.    )
 9
10   _____

11            VERBATIM REPORT OF PROCEEDINGS
         BEFORE THE HONORABLE ROBERT S. LASNIK
12            UNITED STATES DISTRICT JUDGE
     _____
13

14   APPEARANCES:

15

16

17    For the Plaintiff:     Andrew C. Friedman
                             Brian D. Werner
18                           Assistant United States Attorneys
                             700 Stewart Street
19                           Suite 5220
                             Seattle, WA  98101
20

21

22    For the Defendant:     Nicholas W. Marchi
                             Carney & Marchi
23                           108 South Washington Street
                             Suite 406
24                           Seattle, WA  98104

25
```

1          THE CLERK:  Calling the case of United States of

2   America v. Timothy Doran, case number CR12-00001-RSL,

3   assigned to this court.  Counsel, please make your

4   appearances.

5          MR. WERNER:  Good morning, Your Honor, Brian Werner

6   and Andrew Friedman on behalf of the United States.

7          THE COURT:  Hi Mr. Werner and Mr. Friedman.

8          MR. MARCHI:  Good morning, Your Honor.  Nicholas

9   Marchi on behalf of Mr. Doran.

10          THE COURT:  Hi Mr. Marchi and Mr. Doran.  Okay.  So,

11   Mr. Doran wanted to talk to me about the situation with his

12   attorney, and that's the first thing we're going to talk

13   about here.  So I'll wave good-bye to Mr. Werner and

14   Mr. Friedman, and we'll close the courtroom except for

15   essential personnel for the court.

16              (The courtroom was cleared.)

17   ██████████████████████████████████████████

18   ██████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   ██████████████

21   ████████████████████████████████████████████████

22   ████████████████████████████████████████████████████

23   ██████████████████████████████████████████

24   ██████████████████

25   ██████████████████████████████████████

























1

2

3

4

5

6

7          (The Assistant U.S. Attorneys returned.)

8          THE COURT:  Thanks Mr. Werner and Mr. Friedman.

9   There is an aspect of Mr. Marchi's motion to withdraw that

10  will necessitate him saying things that are within the

11  attorney-client relationship that have the potential to

12  prejudice Mr. Doran in front of the fact finder, me.

13      So I am going to refer this question of whether he has an

14  obligation under the Rules of Professional Conduct to the

15  magistrate judge to hear that and decide that.  And then I'm

16  not going to replace Mr. Marchi just because Mr. Doran is

17  unhappy with him or thinks he hasn't done a good job.  But if

18  Mr. Marchi's request to withdraw is compelled by the rules,

19  then I have no choice but to appoint a new lawyer.

20      I'm wondering if there's a reason why I couldn't appoint

21  the federal defender's office.

22      Have they had any touch of the case as far as you could

23  tell?

24          MR. WERNER:  No, Your Honor.

25          THE COURT:  Not with any of the witnesses either?

1          MR. WERNER:  No, Your Honor.

2          THE COURT:  All right.  Well, that's a possibility,

3    then.

4      So obviously none of this can happen quick enough for us

5    to keep our September date.  We also have to find a date for

6    continuation of testimony.  But let's put that on hold until

7    we get this counsel thing taken care of.

8      So, Kerry, will this go to the August magistrate judge

9    doing criminal, or September?

10          THE CLERK:  It depends when it gets set.  I'll find

11    out after the hearing.

12          THE COURT:  I'll ask everybody to try to prioritize

13    this as much as possible and we'll take it from there.  I

14    have stricken Mr. Doran's pro se motion to withdraw his

15    guilty plea, because he is represented by counsel and is not

16    entitled, under the rules, to file his motions.

17      Although I endeavored to explain to him how many errors

18    and mistakes and untruths there were in his motion, I'm not

19    going to deal with the merits of that or any other

20    substantive things.  So thanks for coming in and we'll be

21    adjourned.

22              (The proceedings recessed.)

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3

 4

 5        I certify that the foregoing is a correct transcript from

 6   the record of proceedings in the above-entitled matter.

 7

 8

 9

10   /s/ Debbie Zurn                    April 1, 2014

11   Debbie Zurn, Court Reporter              Dated

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```