1

JUDGE ROBERT S. LASNIK

2

3

4

5

6

7           UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9

UNITED STATES OF AMERICA,        )      NO. CR12-0001RSL
10                                     )
            Plaintiff,              )
11                                     )
            vs.                    )      DEFENDANT'S EXHIBIT LIST
12                                     )
TIMOTHY GEORGE DORAN,            )
13                                     )
            Defendant.             )
14                                     )
                                   )
15  _____ )

       Defendant Timothy G. Doran, through his attorneys submits the following list of
16
exhibits:
17

| | Description | Admitted |
|---|---|---|
| 501 | DNA Report by Howard Coleman with attachments. | |
| 502 | Preliminary Laboratory Report by Kay Sweeney. | |
| 503 | Declaration of Kathryn Doran. | |
| 504 | Declaration of Kevin Love. | |
| 505 | Declaration of Kay Furin. | |
| 506 | Media Articles related to crime in Vietnam. | |
| | | |
| | | |

24

25

26

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1

2

DATED this 21st day of May, 2014.

3

4

Respectfully submitted,

5

s/ *Dennis Carroll*
 Dennis Carroll, WSBA No. 24410

6

s/ *Jay W. Stansell*
Jay W. Stansell, WSBA No. 18752
Attorneys for Timothy George Doran

7

Office of the Federal Public Defender
1601 Fifth Avenue, Suite 700

8

Seattle, WA 98101
Tel. (206) 553-1100

9

Fax (206) 553-0120
Dennis_Carroll@fd.org

10

Jay_Stansell@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S EXHIBIT LIST- 2
(*Timothy George Doran*; CR12-0001RSL )

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1

2

## CERTIFICATE OF SERVICE

3

    I hereby certify that on May 21, 2014, I electronically filed the foregoing with the

4

Clerk of the Court using the CM/ECF system which will send notification of such filing

5

to Assistant United States Attorneys Tate London and Kate Vaughan.

6

7            s/ *Charlotte Ponikvar*
             Charlotte Ponikvar, Paralegal

8            Office of the Federal Public Defender
             1601 Fifth Avenue, Suite 700

9            Seattle, WA 98101
             206/553-1100 voice

10           206/553-0120 facsimile
             Charlotte_Ponikvar@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S EXHIBIT LIST- 3
(*Timothy George Doran*; CR12-0001RSL )

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**