Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY GEORGE DORAN,<br><br>Defendant. | NO. CR12-001 RSL<br><br>**STIPULATION OF THE PARTIES RE TRAVEL** |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Brian D. Werner and Andrew C. Friedman, Assistant United States Attorneys for said District, and the defendant, TIMOTHY GEORGE DORAN and his attorneys, Jay Stansell and Dennis Carroll, agree and stipulate to the following:

1. The parties agree and stipulate that, on March 8, 2011, Defendant made reservations and purchased three tickets for airplane travel from Vietnam to the United States. Specifically, Defendant made reservations and purchased tickets for himself and his two minor children to travel the next day, March 9, 2011, from Saigon, Vietnam, to SeaTac Airport, in Washington.

STIPULATION/*U.S. v. Doran* - 1
CR12-0001RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  2. The parties further stipulate that, on March 9, 2011, Defendant and his two
2  minor children boarded flight BR 396 and traveled from Saigon to Taipei, and that also
3  on March 9, 2011, Defendant and his two minor children subsequently boarded flight
4  BR 26 and traveled from Taipei to SeaTac, arriving at SeaTac Airport on March 9, 2011.

DATED this 22nd day of May, 2014.

_____
TIMOTHY GEORGE DORAN
Defendant

_____
JAY STANSELL
Counsel for Defendant

_____
DENNIS CARROLL
Counsel for Defendant

_____
BRIAN D. WERNER
Assistant United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

STIPULATION/*U.S. v. Doran* - 2
CR12-0001RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970