1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

TIMOTHY DORAN,

        Defendant(s).

No. CR12-001RSL

COURT'S WITNESS AND EXHIBIT LIST

Judge Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY GEORGE DORAN, )<br>)<br>Defendant. )<br>_____ ) | NO. CR12-0001RSL<br><br>GOVERNMENT'S<br>WITNESS LIST FOR<br>SENTENCING HEARING |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Brian Werner, and Andrew Friedman, Assistant United States Attorneys files this list of witnesses that the Government may call to testify as a witness in Defendant Timothy George Doran's Sentencing Hearing.

1. Marvin Chargualaf, Customs & Border Protection
2. David Williams
3. Girlie Pineda
4. Lisa Stephenson, Senior Inspector, United States Marshal Service

//
//
//

Government's Witness List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1.     5. Tuan Ngoc Huang

2.     6. Duc Quang Ha

DATED this 18th day of March, 2013.

                            Respectfully submitted,

                            JENNY A. DURKAN
                            United States Attorney

                            */s/ Brian D. Werner*
                            BRIAN D. WERNER
                            ANDREW FRIEDMAN
                            Assistant United States Attorneys
                            United States Attorney's Office
                            1201 Pacific Avenue, Suite 700
                            Tacoma, Washington 98402
                            Telephone: (253) 428-3800
                            Fax: (253) 428-3826
                            E-mail: Brian.Werner@usdoj.gov
                            E-mail: Andrew.Friedman@usdoj.gov

Government's Witness List for Sentencing Hearing
U.S. v. Timothy George Doran/CR12-0001RSL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEORGE DORAN, <br> Defendant. | NO. CR12-0001RSL <br><br> **GOVERNMENT'S AMENDED EXHIBIT LIST FOR SENTENCING HEARING** |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian D. Werner, Assistant United States Attorneys, respectfully submits this amended list of exhibits that the Government may offer at Defendant Timothy George Doran's Sentencing Hearing.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Picture of Nguyen |
| 2 | Picture of Nguyen (deceased) |
| 3 | Interpol Correspondence (March 21, 2011) |
| 4 | Interpol Correspondence w/ attachment (June 12, 2011) |

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 5 | Flight Record Data |
| | 6 | *Very Vietnam* News Article |
| | 7 | Chris Davenport Declaration |
| | 8 | David Shao Declaration |
| | 9 | RESERVED |
| | 10 | RESERVED |
| | 11 | Pictures from Vietnamese Police |
| | 12 | Documents from Vietnamese Police |
| | 13 | Report for Court Hearing in the U.S. |
| | 14 | Autopsy Report |
| | 15 | Report of the Crime Scene Examination |
| | 16 | Conclusions of the Corpse's Forensic Assessment |
| | 17 | Assessment Conclusions (April 27, 2011) |
| | 18 | DNA Report |
| | 19 | Assessment Conclusions (September 5, 2013) |
| | **Interview Reports and Law Enforcement Statements** | |
| | 20 | Bui Tuan Dat |
| | 21 | Hoang Vu Kieu Huong |
| | 22 | Le Thi Hong Trang |
| | 23 | Le Thi Xuan Thuy |
| | 24 | Nguyen Dinh Toan |
| | 25 | Nguyen Thi Kim Sa |
| | 26 | Nguyen Thi My Le |
| | 27 | Ton Nu Thi Hong |
| | 28 | Trinh Thi Thu Nga |
| | 29 | Vo Xuan Quang |
| | 30 | E-Mail Documents provided by Trinh Thi Thu Nga |

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| APR 01 2014 | 31 | Skype Chat Documents provided by Nguyen Thi My Le |
| APR 01 2014 | 32 | House Rental Contral (Lease Agreement) |

Dated this 1st day of April, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
BRIAN D. WERNER
Assistant United States Attorneys
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Brian.Werner@usdoj.gov
E-mail: Andrew.Friedman@usdoj.gov

Government's Amended Exhibit List For Sentencing
U.S. v. Timothy George Doran / CR12-0001RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR12-0001RSL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S EXHIBIT LIST |
| TIMOTHY GEORGE DORAN, | ) | |
| Defendant. | ) | |

Defendant Timothy G. Doran, through his attorneys submits the following list of exhibits:

| | Description | Admitted |
|---|---|---|
| 501 | DNA Report by Howard Coleman with attachments. | MAY 2 2 2014 |
| 502 | Preliminary Laboratory Report by Kay Sweeney. | MAY 2 2 2014 |
| 503 | Declaration of Kathryn Doran. | MAY 2 2 2014 |
| 504 | Declaration of Kevin Love. | MAY 2 2 2014 |
| 505 | Declaration of Kay Furin. | MAY 2 2 2014 |
| 506 | Media Articles related to crime in Vietnam. | MAY 2 2 2014 |
| | | |
| | | |

DEFENDANT'S EXHIBIT LIST- 1
(*Timothy George Doran*; CR12-0001RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100