UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br><br> vs.<br><br>TIMOTHY DORAN,<br><br>                Defendant(s). | No. CR12-001RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Per agreement of the parties, the briefing deadline has been extended from Wednesday, June 11, 2014 to **Wednesday, June 25, 2014.**

DATED this 3rd day of June, 2014.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER