UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TIMOTHY DORAN, <br> Defendant. | Case No. CR12-001RSL <br><br> ORDER REQUESTING <br> FURTHER BRIEFING |

This matter comes before the Court on "Defendant's Memorandum," Dkt. # 105, and the "Government's Memorandum Re: Murder of Nguyen," Dkt. # 106. Because the government's memorandum does not address the application of the relatedness principle to the circumstances presented in the above-captioned matter, the Court finds that additional briefing prior to the resolution of this matter is in order. The government may file a supplemental memorandum, not to exceed ten pages in length, responding to Defendant's arguments regarding the relatedness principle and its application to this case. The memorandum, if any, shall be filed no later than Wednesday, July 23, 2014. Defendant may file a reply memorandum, not to exceed five pages in length, no later than Monday, July 28, 2014.

DATED this 15th day of July, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge