Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY G. DORAN,<br><br>Defendant. | No. CR12-0001RSL<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING |

Comes now the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian D. Werner, Assistant United States Attorneys for said District, and files this Government's Opposition to Defendant's Motion to Continue Sentencing Hearing.[1]

Defendant, Timothy Doran, originally was arrested in this case on December 21, 2011, and his trial originally was scheduled for March 12, 2012. Doran subsequently requested two continuances of his trial, which was continued until June 4, 2012, and then until October 15, 2012. After Doran filed, and this Court denied, yet another motion to

---

[1] The Government notes that Doran has also filed a motion asking the Court to accelerate the noting date of Doran's motion to continue his sentencing. Docket No. 112. As stated in that motion, the Government does not object to the Court accelerating the noting date of Doran's motion for a continuance to September 17, 2014.

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING/DORAN (No. CR12-0001RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

continue his trial, Doran pled guilty on September 21, 2012, to failing to register as a sex offender, in violation of 18 U.S.C. § 2250.

After an initial continuance, Doran's sentencing hearing was scheduled, and began, on March 22, 2013. The Government presented the testimony of a Vietnamese police officer, whom it had brought from Vietnam for the hearing. Doran's then-counsel stated, however, that he was unprepared to cross examine the officer, and the remainder of the hearing was continued until May 23, 2013, to allow Doran's then-counsel time to prepare. Doran subsequently moved for a continuance of his sentencing, and also to withdraw his guilty plea. After Doran's motion to withdraw his guilty plea was stricken, and following the withdrawal of Doran's then-counsel (who himself was the second lawyer to represent Doran), Doran's current counsel was appointed and requested that Doran's sentencing hearing be continued until April 1, 2014, more than a year after it had begun.

As a result, on April 1, 2014, the Government completed its presentation of evidence. The parties subsequently filed briefs concerning whether the Government had proven that Doran had committed the murder in Vietnam, and whether the Court could consider this fact in sentencing Doran. The Court then scheduled Doran's sentencing for October 2, 2014, and issued an Order in which it held that the Government had proven by clear and convincing evidence that Doran had committed the murder, and also held that the Court could consider this fact as a basis for varying upward from Doran's sentencing range pursuant to 18 U.S.C. § 3553(a).

Now, Doran is seeking yet a further continuance of his sentencing. Doran claims that he requires this additional continuance to allow one of his attorneys, Jay Stansell (who served as co-counsel to Doran's current counsel, but has since retired), to dictate the notes of Mr. Stansell's trip to Vietnam to conduct investigation in this case, so that Doran can receive a typed copy of the notes. Doran asserts that he needs to review the typed notes to decide whether to ask the Court to "reopen" its ruling, and to decide whether a conflict exists between him and his current counsel.

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING/DORAN (No. CR12-0001RSL) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      Doran's own motion acknowledges, however, that (1) Doran has received a copy
2 of the handwritten notes and been able to read at least a portion of them that is legible,
3 and (2) Mr. Stansell met with Doran and reviewed the contents of the notes with Doran
4 prior to the conclusion of the sentencing hearing.  Defendant's Mot. at 2.  And Doran
5 fails to explain how the notes -- or any information in the notes -- could materially affect
6 the basis for the Court's ruling (to which the Vietnamese investigation was largely
7 irrelevant).  Doran also fails to explain how they could affect Doran's decision of
8 whether to ask for reconsideration and to testify at a reopened hearing, or could establish
9 a conflict between Doran and his current counsel.

10      In sum, Doran's sentencing has been continued more than two full years from the
11 date that Doran entered his guilty plea.  This delay has been almost entirely attributable to
12 Doran's requests for new counsel and for lengthy continuances or delays of his
13 sentencing.  None of these delays has resulted in the discovery of any significant
14 evidence that would undermine the Court's finding that Doran committed the murder in
15 Vietnam.  And Doran has not given this Court any reason to believe that a further
16 continuance to allow him to review typed copies of Mr. Stansell's notes would either
17 undermine that finding or suggest any conflict on the part of Doran's counsel.
18 //
19 //
20 //

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING/DORAN (No. CR12-0001RSL) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Put simply, it is time for this Court to sentence Doran.  Therefore, the Court
2  should deny Doran's Motion to Continue Sentencing and should conduct sentencing on
3  October 2, 2014, as scheduled.

4  DATED:  this 16th day of September, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN

*s/ Brian D. Werner*
BRIAN D. WERNER

Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:    (206) 553-7970
Fax:               (206) 553-0882
E-mail:          Andrew.Friedman@usdoj.gov
                      Brian.Werner@usdoj.gov

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING/DORAN (No. CR12-0001RSL) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Katelyn Mitchell*
KATELYN MITCHELL
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4161
FAX:   (206) 553-0882
E-mail: katelyn.mitchell@usdoj.gov

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING/DORAN (No. CR12-0001RSL) - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970