UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR12-00001RSL |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| vs. ) | UNOPPOSED MOTION TO |
| ) | ACCELERATE NOTING DATE |
| TIMOTHY DORAN, ) | |
| ) | |
| Defendant. ) | |

THIS COURT has reviewed the motion by the defense to hear the Defendant's Motion to continue the date of sentencing, the argument by the government, and has reviewed the records and files herein.

IT IS NOW THEREFORE ORDERED that the motion to continue the sentencing hearing is noted for September 17, 2014.

DONE this 17th day of September, 2014.

_____
Robert S. Lasnik
United States District Judge

Presented by,

s/ *Dennis Carroll*
Dennis Carroll
Attorney for Timothy Doran

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO ACCELERATE
NOTING DATE
*United States vs. Doran* / CR12-00001RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100