UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA            )
                                    )   Case No. CR12-00001RSL
                    Plaintiff,      )
        v.                          )
                                    )   ORDER DENYING MOTION
TIMOTHY DORAN,                      )   TO CONTINUE SENTENCING
                                    )   HEARING
                    Defendant.      )
_____ )

This matter comes before the Court on "Defendant's Motion To Continue Sentencing Hearing" (Dkt. 113). The motion to continue is DENIED. The evidentiary hearing has concluded, and this Court has moved to the sentencing phase. Defendant may exercise his right to address the Court at the sentencing hearing; however, the issue of the homicide in Vietnam has been decided and will not be reopened.

Dated this 22nd day of September, 2014.

_____
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO CONTINUE SENTENCING HEARING