JUDGE ROBOERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO CR12-00001RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF CRIMINAL APPEAL |
| | ) | |
| TIMOTHY GEORGE DORAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE IS GIVEN that Timothy George Doran, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from his judgment in a criminal case entered on October 2, 2014.

DATED this 2nd day of October, 2014.

Respectfully submitted,

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Assistant Federal Public Defender
Attorney for Timothy George Doran
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Dennis_Carroll@fd.org

Name of court reporter: Leslie Waltzer
Transcript required: Yes
Date transcript ordered or to be ordered: October 2, 2014

NOTICE OF CRIMINAL APPEAL
(*Timothy Doran*, No. CR12-00001RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties registered with the CM/ECF system.

        s/ *Charlotte Ponikvar*
        Charlotte Ponikvar, Paralegal
        Federal Public Defender
        1601 Fifth Avenue, Suite 700
        Seattle, Washington 98101
        Phone: (206) 553-1100
        Fax: (206) 553-0120
        Charlotte_Ponikvar@fd.org

NOTICE OF CRIMINAL APPEAL
(*Timothy Doran*, No. CR12-00001RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**