JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEORGE DORAN, <br><br> Defendant. | NO. CR12-00001RSL <br><br> (PROPOSED) ORDER GRANTING ORAL MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT CJA PANEL ATTORNEY <br><br> AMENDED |

THIS COURT has considered the oral motion by Assistant Federal Public Defender Dennis Carrol for withdrawal and substitution of CJA counsel, and has reviewed the records and files herein.

IT IS NOW THEREFORE ORDERED that the Federal Public Defender is allowed to withdraw as counsel after perfecting the appeal and resolving the pending motion for return of property. The CJA Administrator is directed to immediately appoint substitute counsel for Mr. Doran for purposes of appeal.

DONE this _day of October, 2014.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Assistant Federal Public Defender

AMENDED ORDER TO WITHDRAW AS COUNSEL
AND TO APPOINT CJA PANEL ATTORNEY -- 1
(*Timothy George Doran*; CR12-00001RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**