UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR12-0001RSL |
| TIMOTHY G. DORAN, | ORDER DENYING MOTION FOR RETURN OF PROPERTY |
| Defendant. | |

On October 1, 2014, defendant filed a motion seeking the return of property that defendant had surrendered to the Government in or around December 2011. Dkt. # 121. The Government has indicated that it has returned all property in its possession belonging to defendant. Dkt. # 130. If any local law enforcement agency is in possession of additional property belonging to defendant, the return of this property is not the responsibility of the Government. For the foregoing reasons, the Court denies defendant's motion as moot.

DATED this 31st day of October, 2014.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RETURN OF PROPERTY - 1