The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY G. DORAN,<br><br>Defendant. | No. CR12-0001RSL<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL AND UNREDACT TRANSCRIPTS AND DOCUMENTS AND DECLARATION OF COUNSEL IN SUPPORT THEREOF |

Comes now the United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian D. Werner, Assistant United States Attorneys for said District, and files this Government's Response to Defendant's Motion to Unseal and Unredact Transcripts and Documents and Declaration of Counsel in Support Thereof.

//
//
//

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL AND UNREDACT TRANSCRIPTS AND DOCUMENTS AND DECLARATION OF COUNSEL IN SUPPORT THEREOF/DORAN (No. CR12-0001RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Government has no objection to the Court unsealing and unredacting the
2  transcripts and filings that Defendant is seeking to unseal and unredact.
3  DATED this 7th day of November, 2014.

Respectfully submitted,

ANNETTE L. HAYES
Acting United States Attorney

s/ Andrew C. Friedman
ANDREW C. FRIEDMAN

s/ Brian D. Werner
BRIAN D. WERNER

Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-0882
E-mail:  Andrew.Friedman@usdoj.gov
   Brian.Werner@usdoj.gov

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL AND UNREDACT
TRANSCRIPTS AND DOCUMENTS AND DECLARATION OF COUNSEL
IN SUPPORT THEREOF/DORAN (No. CR12-0001RSL) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.

s/ Jennifer J. Witt
JENNIFER J. WITT
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2520
Fax: 206-553-2502
E-mail: Jennifer.Witt@usdoj.gov

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL AND UNREDACT TRANSCRIPTS AND DOCUMENTS AND DECLARATION OF COUNSEL IN SUPPORT THEREOF/DORAN (No. CR12-0001RSL) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970