The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-0001RSL |
| Plaintiff-Appellee, | ORDER TO UNSEAL AND UNREDACT TRANSCRIPTS AND DOCUMENTS |
| vs. | |
| TIMOTHY G. DORAN, | |
| Defendant-Appellant. | |

The Court, having considered the defense motion to unseal and unredact transcripts and documents, hereby orders that the motion is granted and the Clerk of the Court and the Court Reporters are directed to unseal and/or unredact the following transcripts and documents: Transcripts of March 6, 2012, April 27, 2012 and June 10, 2013, and docket entries 73, 80 and 89.

Done this 7th day of November, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO UNSEAL AND UNREDACT
TRANSCRIPTS AND DOCUMENTS - 1