# TRANSCRIPT ORDER

AO 435 (Rev. 12/03)
Administrative Office of the United States Courts
*Please Read Instructions above*

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1. | NAME | Suzanne Lee Elliott |
| 2. | PHONE NUMBER | (206) 623-0291 |
| 3. | DATE | 11/18/2014 |
| 4. | MAILING ADDRESS | 1300 Hoge Building, 705 Second Avenue |
| 5. | CITY | Seattle |
| 6. | STATE | WA |
| 7. | ZIP CODE | 98104 |
| 8. | CASE NUMBER | CR12-0001RSL |
| 9. | JUDGE | Robert S. Lasnik |
| 10. | FROM | 3/6/2012 |
| 11. | | 8/22/2013 |
| 12. | CASE NAME | United States v. Timothy G. Doran |
| 13. | LOCATION | Seattle, WA |
| 14. | | Seattle, WA |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [X] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Attorney Appt Hrg | 8/29/13 |
| [ ] OPENING STATEMENT | | Evidentiary Hrg | 3/22/13, 4/1/14, 5/22/14 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | Status Hearing | 3/6/2012 |
| [ ] OPINION OF COURT | | Motion Hearing | 4/27/12, 9/14/12, 6/10/13 |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [X] SENTENCING | 10/2/14 | Motion Hearing | 8/22/13 |
| [ ] BAIL HEARING | | Change of Plea | 9/21/12 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *Suzanne Lee Elliott*
19. DATE: 11/18/2014

PROCESSED BY:
PHONE NUMBER:
TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY