```
 1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
 2                             AT SEATTLE
    _____
 3
     UNITED STATES OF AMERICA,    )
 4                                )
          Plaintiff,              )  NO. CR12-001RSL
 5                                )
     v.                           )  SEATTLE, WASHINGTON
 6                                )  3/6/2012
     TIMOTHY DORAN,               )
 7                                )  STATUS HEARING
          Defendant.              )
 8                                )
    _____
 9

10              VERBATIM REPORT OF PROCEEDINGS
             BEFORE THE HONORABLE ROBERT S. LASNIK
11               UNITED STATES DISTRICT JUDGE

12  _____

13   APPEARANCES:

14    For Plaintiff:         ANDREW C. FRIEDMAN
                             BRIAN D. WERNER
15                           United States Attorney's Office

16
      For Defendant:         ROBERT W. GOLDSMITH
17                           Law Offices of Robert Goldsmith

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography, transcript
     produced by Reporter on computer.
```

```
09:46:58   1                        PROCEEDINGS
09:46:58   2  _____
09:46:58
09:46:58   3        THE COURT:  Good morning.  Thanks.  Please be seated.
09:47:02   4        THE CLERK:  Case CR12-001L, United States versus
09:47:04   5  Timothy Doran.
09:47:06   6     Counsel, could you please make your appearances.
09:47:06   7        MR. FRIEDMAN:  Good morning, your Honor.  Andrew
09:47:08   8  Friedman and Brian Werner for the United States.
09:47:10   9        THE COURT:  Hi, Mr. Friedman, Mr. Werner.
09:47:10  10        MR. GOLDSMITH:  Good morning, your Honor.  Robert
09:47:14  11  Goldsmith appearing with Timothy Doran.
09:47:16  12        THE COURT:  Hi, Mr. Doran and Mr. Goldsmith.
09:47:16  13     Okay.  Mr. Goldsmith, you asked for sort of a status
09:47:20  14  conference update on this.  We've got a trial date of Monday.
09:47:24  15  What's the story?
09:47:24  16        MR. GOLDSMITH:  Your Honor, I'm having difficulties
09:47:26  17  with my client.  At this point, before I go further, I would
09:47:28  18  ask the court to ask the government and its agents to leave
09:47:32  19  the courtroom.
09:47:34  20        THE COURT:  All right.  We're going to talk about
09:47:36  21  issues that relate to the attorney-client relationship?
09:47:38  22        MR. GOLDSMITH:  Yes.
09:47:38  23        THE COURT:  Mr. Friedman, Mr. Werner, and those in
09:47:40  24  the back, please exit the courtroom.
          25     (Government counsel leave courtroom.)
```

```
 1          (The following is filed under a separate, sealed
 2  transcript.)
 3          //////////
 4          (The following proceedings held in open court.)
 5          THE COURT:  Okay.  We are back on the record and in
 6  open court.  And Mr. Friedman and Mr. Werner, I'm dealing
 7  with an issue of whether to allow Mr. Goldsmith to withdraw
 8  and have new counsel appointed.  I spent some time talking to
 9  Mr. Doran about his situation and his difficulties with
10  Mr. Goldsmith.  And it was agreed that they would like about
11  40 minutes or so to discuss it, and we would reconvene at
12  9:40.  Is that possible for you both, or do you have
13  somewhere else to be?
14          MR. FRIEDMAN:  We can make it work.  I can be here.
15          THE COURT:  Okay.  Great.  As long as one of you can
16  be here, it will be fine.  I'm in a trial, so I'll go ahead
17  and start the trial.  At 9:45, we'll break the trial, and
18  we'll deal with Mr. Doran's answer to the question of whether
19  he wants new counsel or whether he wants to stay with
20  Mr. Goldsmith, okay?
21          MR. FRIEDMAN:  Thank you, your Honor.
22          THE COURT:  All right.  Thank you.
23      (Break in proceedings taken.)
24      (The continuation of this proceeding filed in a separate
25  transcript.)
```

C E R T I F I C A T E

      I, Kari McGrath, CCR, CRR, RMR, Official Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

      I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.

   Dated this December 12, 2014.

              /S/   KARI McGRATH

              Kari McGrath, CCR, CRR, RMR

              Official Court Reporter