```
                   UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                            AT SEATTLE
_____

 UNITED STATES OF AMERICA,       )
                                 )
         Plaintiff,              )   NO. CR12-001RSL
                                 )
 v.                              )   SEATTLE, WASHINGTON
                                 )   06/10/2013
 TIMOTHY DORAN,                  )
                                 )   MOTION HEARING
         Defendant.              )
                                 )
_____


             VERBATIM REPORT OF PROCEEDINGS
          BEFORE THE HONORABLE ROBERT S. LASNIK
                UNITED STATES DISTRICT JUDGE

_____

APPEARANCES:

 For Plaintiff:        BRIAN D. WERNER
                       United States Attorney's Office


 For Defendant:        NICHOLAS WRIGHT MARCHI
                       Carney & Marchi
```

Proceedings recorded by mechanical stenography, transcript produced by Reporter on computer.

Kari McGrath, CCR, RMR, CRR - Court Reporter
kari.mcgrath@yahoo.com

```
              1                      PROCEEDINGS
                  _____
06:36:40      2

08:27:24      3          THE COURT:  Good morning.  Thank you.  Please be
08:27:28      4  seated.
08:27:29      5          THE CLERK:  Case CR12-001L, United States versus
08:27:29      6  Timothy Doran.
08:27:30      7      Counsel, would you please make your appearances.
08:27:31      8          MR. WERNER:  Good morning, Your Honor.  Brian Werner
08:27:34      9  on behalf of the United States.
08:27:36     10          THE COURT:  Hi, Mr. Werner.
08:27:36     11          MR. MARCHI:  Good morning, Your Honor.  Nicholas
08:27:38     12  Marchi on behalf of Timothy Doran this morning.
08:27:38     13          THE COURT:  Hi, Mr. Marchi.
08:27:42     14      We are here on Mr. Marchi's motion on behalf of Mr. Doran
08:27:45     15  to withdraw as counsel.  So, Mr. Werner, I'm going to ask you
08:27:49     16  to withdraw, and anyone not associated with the case.
08:27:53     17      Excuse me.  Are you --
08:27:56     18          AUDIENCE MEMBER:  Oh.  I'm with the City, for the
08:27:58     19  next round.
08:27:59     20          THE COURT:  Okay.  You need to step outside.
             21          AUDIENCE MEMBER:  Okay.  Yes.
             22          THE COURT:  Thanks.
             23      And we will close the courtroom, and Kari will seal the
             24  transcript.
             25          (The following is filed under a separate, sealed
```

Kari McGrath, CCR, RMR, CRR - Court Reporter
kari.mcgrath@yahoo.com

```
 1   transcript.)
 2           /////////
 3           (The following proceedings held in open court.)
 4           THE COURT:  Thanks Mr. Werner.  The motion for new
 5   counsel has been denied, and we will continue on with the
 6   sentencing evidentiary hearing on September 12th as
 7   previously planned, okay?
 8           MR. WERNER:  Okay.  Thank you, Your Honor.
 9           THE COURT:  All right.  Thank you.  We're adjourned.
10           (Proceedings adjourned.)
11
12
13
14
15
16                        * * * * * * * * *
17
18                      C E R T I F I C A T E
19
20      I certify that the foregoing is a correct transcript
21   from the record of proceedings in the above-entitled matter.
22
23                          /S/   KARI McGRATH
24                          Kari McGrath, CCR, CRR, RMR
25                          Official Court Reporter
```

Timestamps: 08:39:33, 08:39:33, 08:39:47, 08:39:51, 08:39:55, 08:39:57, 08:39:59, 08:40:01 (lines 3–10)