The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> vs. <br><br> TIMOTHY G. DORAN, <br><br> Defendant-Appellant. | No. CR12-0001RSL <br><br> AMENDED ORDER TO UNSEAL AND UNREDACT TRANSCRIPTS AND DOCUMENTS |

The Court, having considered the defense motion to unseal and unredact transcripts and documents, hereby orders that the motion is granted and the Clerk of the Court and the Court Reporters are directed to unseal and/or unredact the following transcripts and documents: Transcripts of March 6, 2012, April 27, 2012 June 10, 2013 and August 22, 2013, and docket entries 73, 80 and 89.

Done this 23rd day of December, 2014.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER TO UNSEAL AND UNREDACT
TRANSCRIPTS AND DOCUMENTS - 1