1                UNITED STATES DISTRICT COURT

2               WESTERN DISTRICT OF WASHINGTON

3    UNITED STATES OF AMERICA,      )
                                    ) CR 12-001 RSL
4         Plaintiff,                )
                                    )
5              vs.                  )
                                    )
6    TIMOTHY DORAN,                 )
                                    )
7         Defendant.                )
     _____)

8

9

10

11          VERBATIM TRANSCRIPT OF PROCEEDINGS

12                         OF

13                  A MOTION HEARING

14       BEFORE THE HONORABLE MARY ALICE THEILER

15                    8/29/2013

16                   APPEARANCES

17       For the United States: Not Appearing

18          For Defendant: Nicholas Marchi

19

20

21       Transcribed from electronic sound recording

22      Transcript produced by transcription service

23

24

25           Transcribed by Brian Killgore

         *ACE TRANSCRIPTS, INC. (206) 467-6188*

                                                      1

1          (Proceedings of 8/29/2013)

2      THE CLERK:  All please rise, the Court is again in

3  session, the Hon. Mary Alice Theiler presiding.

4          THE COURT:  Good morning.  Please be seated.

5      So this is case number CR 12-001, United States v.

6  Timothy Doran -- or is it DOOR-UN?  DOOR-ANN?

7          THE DEFENDANT:  Either one.

8          THE COURT:  What do you prefer?

9          THE DEFENDANT:  DOOR-ANN.

10         THE COURT:  DOOR-ANN?

11     And we have set it for an ex parte hearing meaning

12  the United States is not present because there is a

13  motion that was filed by Mr. Marchi to withdraw as

14  counsel.  Mr. Marchi is here as well as Mr. Doran, and

15  so I guess, Mr. Doran, I would like to hear from you

16  about whether you want me to grant the motion and allow

17  Mr. Marchi to withdraw.

18     What is your position and if you could explain

19  why?

20         THE DEFENDANT:  I have got some questions

21  about last week's court date first.

22         THE COURT:  The one with Judge Lasnik?

23         THE DEFENDANT:  Yes, ma'am.

24         THE COURT:  He -- what he has done is --

25  because I know you filed a motion to withdraw your

***ACE TRANSCRIPTS, INC. (206) 467-6188***

P.3

1    guilty plea.  He -- I'm guessing because I just looked

2    at the docket; that is all I know about your case --

3    apparently felt that the motion to withdraw as counsel

4    needs to be decided first, so he referred that to me --

5    just the issue of whether Mr. Marchi would be allowed

6    to withdraw and whether new, a new attorney would be

7    appointed.

8        So it looked to me from the docket -- Mr. Marchi

9    would probably know because he was there -- that your

10   motion is still pending.

11       Is that your sense, Mr. Marchi?  Or did he

12   strike --

13           MR. MARCHI:  Yes, Your Honor.

14       Mr. Doran is set for sentencing on September 12.

15           THE COURT:  Okay.

16           MR. MARCHI:  That sentencing date has been

17   stricken.

18       The motion to withdraw plea has been stricken but

19   pending this court's determination on representation.

20           THE COURT:  Okay.

21           MR. MARCHI:  It is my understanding that the

22   federal defender is prepared to step in once this court

23   makes a decision.

24           THE COURT:  Oh.  Oh, okay.

25       So Mr. Doran, can you explain why -- do you want

*ACE TRANSCRIPTS, INC. (206) 467-6188*

P.4

1    me to grant the motion and if so why?

2            THE DEFENDANT:  Mr. Marchi --

3            THE COURT:  "Your motion" meaning whether Mr.

4    Marchi could withdraw?

5            THE DEFENDANT:  Yes, ma'am.

6        Mr. Marchi mentioned last week in court that it

7    was the first time in 20 some odd years that he has

8    been an attorney that he had to file some kind of

9    emotion or needed to withdraw on a certain grounds, and

10   I wanted that explained to me first what that was.

11           THE COURT:  What?  What what was, the motion

12   to withdraw?

13           THE DEFENDANT:  Do you remember what you said

14   last week in court?

15           MR. MARCHI:  No, Mr. Doran, I don't.

16           THE DEFENDANT:  Okay.

17           THE COURT:  He probably means that he has

18   never had to file a motion to withdraw as an attorney

19   under these circumstances before.

20       So --

21           THE DEFENDANT:  Okay --

22           THE COURT: -- does it matter?  I mean --

23           THE DEFENDANT:  I just -- I had never heard

24   the terminology that he used for --

25           THE COURT:  Oh, okay.

*ACE TRANSCRIPTS, INC. (206) 467-6188*

P.5

1        THE DEFENDANT: -- the reason why, but as far

2    as Mr. Marchi still representing me, no, there is no

3    way at this point with the communication breakdown.

4        I keep asking for the same documents and they are

5    extremely pertinent to my case and I have a right to be

6    able to have them.  Most of them are discovery.  Other

7    ones are marshals' records -- evidence that the

8    prosecution has and Mr. Marchi's office refuses to send

9    them to me.

10       So I can't be proactive on my case without these

11   records.  There's numerous letters that have been

12   written requesting these -- these documents and it just

13   falls on deaf ears, so to speak.

14            THE COURT:  So do you want me to allow him to

15   withdraw and then to have new counsel appointed?

16   Probably it is going to be the Federal Defender's

17   Office?

18            THE DEFENDANT:  Yes, ma'am.

19            THE COURT:  So you understand if I am -- and

20   what I -- the idea I'm getting from looking at the file

21   and then talking to you this morning is that you feel

22   there has been a conflict that has come up and based

23   on -- that you would like to withdraw your guilty plea.

24   As you know, you pled guilty last year in September.

25   You would like to withdraw your guilty plea.

*ACE TRANSCRIPTS, INC. (206) 467-6188*

P.6

1    You -- I think I read in that motion that you feel

2    you weren't properly advised by Mr. Marchi; is that

3    part of what you were saying?

4              THE DEFENDANT:  Most definitely.

5              THE COURT:  So what I see as a result of that

6    statement is -- there seems to be a conflict of

7    interest between Mr. Marchi and you, and I don't know,

8    would you agree with this, Mr. Marchi?

9              MR. MARCHI:  I do, Your Honor.

10             THE COURT:  Yeah.

11             MR. MARCHI:  It goes pretty extensive.

12             THE COURT:  I think so, too, so I think under

13   the circumstances the Court should allow him to

14   withdraw and will appoint the -- you have never been

15   represented by the Federal Defender before in this

16   case, and you are the -- are you the only defendant in

17   the case?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Yes?

20   So they don't have -- I wouldn't guess that they

21   have a conflict, as far as I know, so we will ask that

22   they be appointed.

23   Now just to, you know, advise you, that -- that

24   guilty plea now is still on the record, so even though

25   the sentencing date has been stricken because this

**ACE TRANSCRIPTS, INC. (206) 467-6188**

6

P.7

1    issue has to be resolved, it is you and your new

2    attorney will have to work together if you want to try

3    to withdraw that plea.

4        So that still has to be pursued if that's what you

5    want to do.

6        You know in terms of the communication about

7    asking for documents and not getting things that you

8    wanted to have, that may or may not be possible.  I

9    can't say what is going to happen next.  I just do not

10   know whether they will be able to get that or what the

11   problems may be, but -- so the only thing I am doing is

12   allowing Mr. Marchi to withdraw and providing that

13   new -- a new attorney will be appointed.  That is all

14   that Judge Lasnik asked me to do.  Okay?

15              THE DEFENDANT:  So as far as the documents

16   that I have requested multiple times that I am entitled

17   to have --

18              THE COURT:  You will have to deal --

19              THE DEFENDANT:  Getting Mr. Marchi's office

20   to --

21              THE COURT:  You will have to deal with your

22   new lawyer on that.  Yep.

23              THE DEFENDANT:  And what about the Rules of

24   Professional Conduct as far as information that Mr.

25   Marchi has about my case?

*ACE TRANSCRIPTS, INC. (206) 467-6188*

1          THE COURT:  Oh, he will -- he will turn that

2     over without Weston, I'm sure.  Is not in his head yes.

3     No doubt about that.

4          Anything he has will be turned over.

5               THE DEFENDANT:  To just the --

6               MR. MARCHI:  Your Honor?

7               THE DEFENDANT:   -- defense or to the

8     prosecution?

9               THE COURT:  Oh, no, no, no, no, to your

10    lawyer.

11              MR. MARCHI:  Your Honor, for purposes of the

12    record and to make it very clear, I have already

13    prepared all of the files.  We have approximately -- a

14    significant amount of paperwork that Mr. Doran has

15    requested, and that will be all turned over to the

16    government, including all CDs --

17              THE COURT:  You mean to the defense lawyer?

18              MR. MARCHI:  To the defense lawyer.

19              THE COURT:  Yeah, not the government?

20              MR. MARCHI:  Not the government.

21         Well, it is discovery that came from the

22    government.

23              THE COURT:  Okay.

24              MR. MARCHI:  So all of the discovery we

25    received from the government will go to his defense

*ACE TRANSCRIPTS, INC. (206) 467-6188*

P.9

1    counsel.  All of the requests for DVDs, CDs and mirror

2    images will all be turned over.  Everything in our

3    control will be turned over -- just like Mr. Goldsmith

4    turned over to me.

5              THE COURT:  Okay, but not to the prosecutor.

6    You heard what he said.  It goes to the defense lawyer.

7              MR. MARCHI:  It goes to the defense lawyer,

8    Your Honor.

9              THE COURT:  Yeah.  Okay.

10         All right, do I have a proposed motion?

11         No.  I don't think I need one, do I?  No.

12              THE CLERK:  I will contact CJA at the

13    completion of this hearing.

14              THE COURT:  Excellent.  We will contact them

15    and we will get that going.

16              MR. MARCHI:  Thank you, Your Honor.

17              THE COURT:  All right, thank you.

18              THE CLERK:  All rise, the Court is in recess.

19              (End of proceedings for 8/29/2013)

20

21

22

23

24

25

P.10

1                              CERTIFICATE

2        I certify that the foregoing is a correct transcript

3    from the electronic sound recording of the proceedings in

4    the above-entitled matter.

5

6    /Brian J. Killgore/              January 18, 2015

7    AAERT Certified Electronic Court Reporter & Transcriber
     License CERT*D-498

8    ACE Transcripts, Inc.
     720 Queen Anne Ave N. #311
9    Seattle, WA 98109

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    *ACE TRANSCRIPTS, INC. (206) 467-6188*