UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>TIMOTHY GEORGE DORAN,<br><br>   Defendant - Appellant. | No. 14-30209<br><br>D.C. No. 2:12-cr-00001-RSL-1<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The mandate issued on March 07, 2016 is recalled as issued in error.

           FOR THE COURT:
           Molly C. Dwyer
           Clerk of Court

           Craig Westbrooke
           Deputy Clerk