11-1-2017

case # CR1-0001-RSL

Timothy Doran
#41884-086
Big Spring-FCI
1900 Simler Ave.
Big Spring, Tx.
79720

FILED
LODGED
RECEIVED
MAIL

NOV 06 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

Judge Lasnik,

   I'm writting you to request your help regarding my release to Arizona. This is documented multiple times in the PSR that I will be releasing to Tucson, Az., it states that my sister will relocate with my two sons to Tucson one year prior to my release, which she has done, to make an easier transition. You also state my release to Tucson & recommend placement at Tucson FCI in the sentencing records.

   I will have a much greater chance of success in Arizona due to the great amount of work available in my field, dump truck & heavy equipment operator. That coupled with the cost of living, affordable housing & great schools for my two young sons.

   I will be homeless if returned to Seattle. There is virtually no work in my field there & the cost of living is extremely high. I worked for Gary Merlino construction for ten years & was well known by Scarcella Bros.,Tri-State,HOS Bros. & KLB construction. As you may know this field is extremely tight knit, every knows everyone. I was well known on the 3rd Runway expansion,Sound Transit Light rail, 405 expansion, Nalley Valley Viaduct & I-90 Snoqualmie Pass expansion, etc.. Due to the fact that my case was so high profile in the media, I would stand no chance of being able to succeed in Washington.

   I have not seen my two young sons since 2014 & desperately need to rebuild my family upon my release, nothing is more important to me than proving to my sons that I am not a failure. With my sons in Tucson if I am released to Seattle I would never see them again.

I;m imploring you to use your authority to contact the Tucson Probation dept. to ensure that my case is accepted. I only have ten months left until my halfway house date, 9-25-18, my unit team case manager is going to put my release packet in to Seattle in December 2017, disregarding the information in the PSR & judgement & Sentence. Again, I will have the greatest chance of success in Arizona thruogh work, housing & family. I do not want to return to prison, I'm 53 years old now & have missed too many years of my two sons lives. I have paid for my crime & need the opportunity to prove I can be a positive, productive member of society. I have included a copy of all the classes I have taken that will show I have taken the steps needed to turn my life around. I need to be a positive role model for my sons again & provide them a good life.

Your help & understanding in this matter is greatly appreciated. I look forward to your expedited response given the time restraint in this matter.

Please provide me with the contact & response documents between you & Tucson Probation for my records & to ensure the unit team case manager submits my release info correctly.


Sincerely,

*[signature]*

Timothy Doran
41884-086
Big Spring-FCI
1900 Simler Ave.
Big Spring,Tx.
79720

```
  BIGCK           *         INMATE EDUCATION DATA        *     07-17-2017
PAGE 001 OF 001  *              TRANSCRIPT               *       15:02:32

REGISTER NO: 41884-086    NAME..: DORAN                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BIG-BIG SPRING FCI

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
BIG  ESL HAS    ENGLISH PROFICIENT        04-01-2015 1406 CURRENT
BIG  GED HAS    COMPLETED GED OR HS DIPLOMA 02-07-2014 0721 CURRENT

------------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL    DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
BIG         RPP 4 ROLE OF THE USPO        04-19-2017 04-19-2017  P   C  P    1
BIG         RPP 5 RELEASE REQUIRMENTS     04-19-2017 04-19-2017  P   C  P    1
BIG         RPP 4 CCC OVERVIEW            04-19-2017 04-19-2017  P   C  P    1
BIG         RPP 1 STD INFORMATION         04-19-2017 04-19-2017  P   C  P    1
BIG         RPP 6 ANGER MANAGEMENT ENGLISH 04-08-2016 06-07-2016  P   C  P   16
BIG         RPP 2 - EMPLOYMENT            03-25-2016 06-03-2016  P   C  P   20
BIG         RPP 6 MARRIAGE & FAMILY       03-10-2016 05-20-2016  P   C  P   16
BIG         RPP 3 - PERSONAL FINANCES     02-24-2016 05-20-2016  P   C  P   16
BIG         LEAP COMMITTMENT TO CHANGE SR 03-01-2016 03-01-2016  P   C  P   20
BIG         RPP 1 EATING NUTRITIOUSLY     09-25-2015 10-20-2015  P   C  P    9




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

John Doe[?] 47884-086
Federal Correction Institution
1900 Simler Ave
Big Spring, TX
79720

MIDLAND / ODESSA
TX 797 1 L
03 NOV 2017 PM

9810134442

⇔ 41884-085 ⇔
Westen Dis Wasington Crt
700 Stewart ST
Suite 2310
Seattle, WA 98101
United States