CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 0981 | Timothy George Doran | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:12-CR-00001-1-RSL | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. Doran | 8. PAYMENT CATEGORY Other representation required or authorized by the CJA (including, | 9. TYPE PERSON REPRESENTED Adult Defendant | 10. REPRESENTATION TYPE Supervised Release Hearing |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:2251.F

12. ATTORNEY'S NAME (First Name, M. I., Last Name, including any suffix) AND MAILING ADDRESS
Ralph Hurvitz - Bar Number: 7365
PO Box 25642
Seattle, WA 98165
Phone: 206-223-1747

13. COURT ORDER
[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel
Prior Attorney's Name: _____
Appointment Dates: _____
Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
Other (See Instructions)

Signature of Presiding Judge or By Order of the Court
3/27/2019
Date of Order    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment.   [ ] YES   [X] NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)
Ralph Hurvitz - TIN: XX-XXXXXXX
P.O. Box 25642
Seattle, WA 98165
Phone: 206-223-1747

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $       ) TOTALS | 0.00 | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $       ) TOTALS | 0.00 | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc) | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: 1/1/1901    TO: 1/1/1901
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number 0   [ ] Supplemental Payment   [ ] Withholding Payment   (---)   (---)
Have you previously applied to the court for compensation and/or reimbursement for this case?   [X] Yes   [ ] No   If yes, were you paid?   [ ] Yes   [ ] No
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   [ ] Yes   [X] No   If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23. IN COURT COMP. $0.00 | 24. OUT OF COURT COMP. $0.00 | 25. TRAVEL EXPENSES $0.00 | 26. OTHER EXPENSES $0.00 | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. $0.00 | 30. OUT OF THE COURT COMP. $0.00 | 31. TRAVEL EXPENSES $0.00 | 32. OTHER EXPENSES $0.00 | 33 TOTAL AMT. APPROVED $0.00 |
| 34 SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount | | | DATE | 34a. JUDGE CODE   CERTIFIED AMT. |