UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TIMOTHY DORAN,<br><br>                Defendant. | No. CR12-01RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

An evidentiary hearing on defendant Timothy Doran's Motion to Modify Conditions of Supervised Release has been scheduled for **Wednesday, May 22, 2019 at 2:00 p.m.** in room 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 3rd day of May, 2019.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER