The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY G. DORAN,<br><br>Defendant. | NO. CR12-0001 RSL<br><br>GOVERNMENT'S WITNESS LIST FOR EVIDENTIARY HEARING ON CONDITIONS OF SUPERVISED RELEASE |

Comes now the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian Werner, Assistant United States Attorneys for said District, and files this Government's Witness List for Evidentiary Hearing on Conditions of Supervised Release.

The Government expects to call some or all of the following witnesses at the evidentiary hearing in this case:

    1.    Robert Halliday

    2.    Michael Larsen

//

//

//

| | |
|---|---|
| 1 | DATED: May 21, 2019. |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | |
| 5 | BRIAN T. MORAN |
| 6 | United States Attorney |
| 7 | */s/ Andrew C. Friedman* |
| 8 | ANDREW C. FRIEDMAN |
| 9 | */s/ Brian D. Werner* |
| 10 | BRIAN D. WERNER |
| 11 | Assistant United States Attorneys |
| 12 | 700 Stewart Street, Suite 5220 |
| 13 | Seattle, Washington  98101 |
| | Telephone:   (206) 553-7970 |
| 14 | Facsimile:    (206) 553-0882 |
| 15 | E-mail:        Andrew.Friedman@usdoj.gov |
| | Brian.Werner@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Elizabeth Gan*
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
FAX:   (206) 553-2502
E-mail: Elizabeth.Gan@usdoj.gov