PROB 12B
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Timothy George Doran    **Case Number:** 2:12CR00001-001
**Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge
**Date of Original Sentence:** 10/02/2014    **Date of Report:** 05/22/2019
**Original Offense:** Failure to Register and Update Sex Offender Registration
**Original Sentence:** 99 months' custody; 5 years' supervised release
**Type of Supervision:** Supervised release    **Date Supervision Commenced:** 12/11/2018
**Assistant United States Attorney:** Brian Werner/Andrew Friedman    **Defense Attorney:** Suzanne Lee Elliott

**Special Conditions Imposed:**

☒ Substance Abuse    ☐ Financial Disclosure    ☐ Restitution:
☒ Mental Health    ☐ Fine waived    ☐ Community Service
☒ Other: search; Moral Reconation Therapy; and sex offender registration.

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

**ADD:**

The defendant shall have no direct or indirect contact with, and shall not attempt to locate Kathryn Doran, *or his children* by any means, including in person, by mail, electronic means, or via third parties, without the approval of the probation officer. If any contact occurs, the defendant shall immediately leave the area of contact and report the contact to the probation officer, within one business day. *other than through his attorney*

The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee.

The defendant shall participate as directed in a mental health program to include anger management as approved by the United States Probation Office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

The Honorable Robert S. Lasnik, United States District Judge
Request for Modifying the Conditions or Term of Supervision

Page 2

May 22, 2019

I swear under penalty of perjury that the

foregoing is true and correct.

Executed on this 22th day of May, 2019.

*[signature]*

Michael S. Larsen
United States Probation Officer

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

BY:

*[signature]*

Hien Nguyen
Supervising United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

*[signature]*
Signature of Judicial Officer

May 22, 2019
Date